**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

SARAH,

Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

Defendants.

CASE NO.: 1:23-cv-00223

**AFFIDAVIT OF JAMES JACKSON**

STATE OF WA )
) ss.
COUNTY OF Pierce )

NOW COMES, James Jackson, after being first duly sworn and states:

1. I can testify about these facts if so called and have personal knowledge of the facts set forth herein.

2. I am the Defendant in this matter.

3. I do not maintain a "website" where Michigan consumers can purchase merchandise.

4. I do not solicit Michigan residents for to buy your products which are sold online.

5. I have not caused an act to be done or consequences to occur in Michigan resulting in an action for tort.

6. I do not advertise to Michigan residents for business purposes.

7. I have never traveled to Michigan.

8. I do not own or have real or tangible property in Michigan.

9. I do not conduct business in Michigan.

10. I have not contracted to insure a person, property, or risk in Michigan

11. I have not entered into any contract for services to be rendered or for material to be furnished in Michigan.

12. I do not own or have any businesses incorporated or having its principal place of business in Michigan.

13. I do not maintain a domicile in Michigan for any purposes.

14. The statements are true to the best of my knowledge, information and belief.

15. I am over 18 years of age and competent to testify to the facts stated herein.

*Further affiant sayeth not.*

Dated: MARCH-30-23

BY: ______________________
James Jackson, Defendant

Subscribed and sworn before me in PIERCE County, State of WA on this 30 day of MAR, 2023, by James Jackson.

______________________

Notary Public, State of WA, County of PIERCE
My Commission Expires: 1·26·25.
Acting in the County of PIERCE.

Notary Public
State of Washington
Christine E Opstad
Commission No. 41614
Commission Expires 01-26-2025