**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

SARAH,

Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

Defendants.

CASE NO.: 1:23-CV-00223

HON. HALA Y. JARBOU

## CERTIFICATE OF WORD COUNT COMPLIANCE

**NOW COMES** Lisa D. Haba, counsel for Plaintiff, Sarah, and pursuant to L.Civ.R. 7.2(b)(i), states that PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS JAMES AND LUCAS JACKSON'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), 12(b)(3), AND 12(b)(5), OR IN THE ALTERNATE, TO DISMISS OR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a), contains 4648 words. This brief was written using Microsoft Word 365. As a dispositive motion to involuntarily dismiss an action, this brief conforms with L.Civ.R. 7.2(b)(i)'s word count limitation.

DATED: May 1, 2023

*/s/ Lisa D. Haba*
Lisa D. Haba
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr.
Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

*/s/ James R. Marsh*
James R. Marsh
Margaret E. Mabie
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (212) 372-3030
jamesmarsh@marsh.law
margaretmabie@marsh.law

*Attorneys for Plaintiff*