UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

SARAH,

Plaintiff,

v.

Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

Defendants.

Case No. 1:23-cv-00223-HYJ-SJB

Hon. Hala Y. Jarbou
Mag. Judge Sally J. Berens

---

**CERTIFICATE OF CONCURRENCE**
**GOOGLE LLC AND YOUTUBE, LLC'S MOTION TO DISMISS**

I, Benjamin Margo, hereby attest and certify that pursuant to the requirements of Local Rule 7.1(d) counsel for Defendants Google LLC and YouTube LLC met and conferred with Plaintiff's counsel Lisa Haba and Margaret Mabie in an attempt to resolve the aforementioned pleading deficiencies raised in the Motion to Dismiss. Counsel for Google and YouTube and counsel for Plaintiff exchanged multiple phone calls and emails regarding the issues raised in Motion to Dismiss on May 4 and May 17. On May 17, 2023, Counsel for Google and YouTube expressly asked Plaintiff's counsel for concurrence to the Motion to Dismiss over email.

Plaintiff's counsel expressed that they would not concur with the Motion to Dismiss.

Respectfully submitted,

**Clark Hill PLC**

By: */s/ Christopher M. Trebilcock*
Christopher M. Trebilcock
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
ctrebilcock@clarkhill.com
(313) 965-8300

DATE: May 19, 2023

Respectfully submitted,

*<u>/s/ Brian M. Willen</u>*
**Wilson Sonsini Goodrich & Rosati**
**Professional Corporation**
Brian M. Willen
Benjamin Margo
1301 Ave of the Americas, 40th Floor
New York, NY 10019-6022
(212) 999-5800
bwillen@wsgr.com
bmargo@wsgr.com
*Attorneys for Defendants GOOGLE LLC and YOUTUBE LLC*

DATE: May 19, 2023

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 19, 2023, I caused the foregoing paper to be electronically filed with the Clerk of Court using the ECF system, which will send notification to counsel of record.

By: *<u>Christopher M. Trebilcock</u>*
Christopher M. Trebilcock