**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SARAH,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>Defendants. | CASE NO: 1:23-cv-00223-HYJ-SJB<br><br>HON. HALA Y. JARBOU |

**BRIEF IN SUPPORT OF GOOGLE LLC AND YOUTUBE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER**

For the reasons stated in Defendants Google LLC and YouTube LLC's Motion for Leave to File Reply Brief in Support of Motion to Transfer, and pursuant to Local Rule 7.3(c), Defendants request that the Court grant them leave to file the reply brief attached as **Exhibit I**, which does not exceed 4,300 words.

Respectfully submitted,

**Clark Hill PLC**

By: */s/ Christopher M. Trebilcock*
Christopher M. Trebilcock
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
ctrebilcock@clarkhill.com
(313) 965-8300

DATE: June 16, 2023

**Wilson Sonsini Goodrich & Rosati Professional Corporation**

By: */s/ Brian M. Willen*
Brian M. Willen
Benjamin Margo
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
(212) 999-5800
bwillen@wsgr.com
bmargo@wsgr.com

DATE: June 16, 2023

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on June 16, 2023, via:

| | |
|---|---|
| ________ U.S. Mail | ________ Facsimile |
| ___X___ ECF Filing | ________ Hand Delivery |
| ________ E-Mail | ________ Federal Express |

By: *Is/ Christopher M. Trebilcock*
Christopher M. Trebilcock