**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SARAH,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>Defendants. | CASE NO: 1:23-CV-00223-HYJ-SJB<br><br>HON. HALA Y. JARBOU |

**CERTIFICATE OF CONCURRENCE TO GOOGLE LLC AND YOUTUBE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER**

I, Benjamin Margo, hereby attest and certify that pursuant to the requirements of Local Rule 7.1(d) that counsel for Defendants Google LLC and YouTube LLC (collectively, "YouTube") met and conferred with Plaintiff's counsel Lisa Haba and Margaret Mabie regarding YouTube's instant Motion for Leave to File a Reply Brief in support of its Motion to Transfer. On June 6, 2023, Counsel for YouTube asked Plaintiff's counsel for concurrence to the Motion via email. On June 9, 2023, Plaintiff's counsel expressed that they do not oppose the Motion.

DATE: June 16, 2023

By: */s/ Benjamin Margo*
Benjamin Margo
(with permission)

Respectfully submitted,

**Clark Hill PLC**

By: */s/ Christopher M. Trebilcock*
Christopher M. Trebilcock
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
ctrebilcock@clarkhill.com
(313) 965-8300

DATE: June 16, 2023

**Wilson Sonsini Goodrich & Rosati Professional Corporation**

By: */s/ Brian M. Willen*
Brian M. Willen
Benjamin Margo
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
(212) 999-5800
bwillen@wsgr.com
bmargo@wsgr.com

DATE: June 16, 2023

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on June 16, 2023, via:

_________ U.S. Mail _________ Facsimile

____X____ ECF Filing _________ Hand Delivery

_________ E-Mail _________ Federal Express

By: *_/s/ Christopher M. Trebilcock_*
Christopher M. Trebilcock