**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SARAH,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>Defendants. | CASE NO: 1:23-CV-00223-HYJ-SJB<br><br>HON. HALA Y. JARBOU |

**DEFENDANTS GOOGLE LLC AND YOUTUBE, LLC'S UNOPPOSED MOTION TO EXTEND REPLY BRIEF DEADLINE**

Defendants, Google LLC and YouTube, LLC ("Defendants"), through their respective counsel, for the reasons more fully set forth in the Brief in Support accompanying this Motion, move this Court to extend the deadline to the Reply Brief in Support of Defendants' Motion to Dismiss until July 14, 2023.

Pursuant to W.D. Mich. L.R. 7.1(d) and this Court's Practice Guidelines, Defendants' counsel certifies it made a reasonable and good faith effort to reach agreement with Plaintiff's counsel on the matters set forth in this Motion, and Plaintiff's counsel is not opposing the request for relief in this Motion.

WHEREFORE, Defendants Google, LLC and YouTube, LLC respectfully request that this Honorable Court grant its Motion to Extend Reply Brief Deadline.

Respectfully Submitted,

**Clark Hill PLC**

By: *<u>/s/ Christopher M. Trebilcock</u>*
Christopher M. Trebilcock
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
ctrebilcock@clarkhill.com
(313) 965-8300

DATE: June 22, 2023

**Wilson Sonsini Goodrich & Rosati**
**Professional Corporation**

By: *<u>/s/ Brian M. Willen</u>*
Brian M. Willen
Benjamin Margo
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
(212) 999-5800
bwillen@wsgr.com
bmargo@wsgr.com

DATE: June 22, 2023

*Attorneys for Defendants*
*GOOGLE LLC and YOUTUBE, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2023, I caused the foregoing paper to be electronically filed with the Clerk of Court using the ECF system, which will send notification to counsel of record.

*/s/ Christopher M. Trebilcock*
Christopher M. Trebilcock