**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

SARAH,

Plaintiff,

v.

Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

Defendants.

CASE NO: 1:23-CV-00223-HYJ-SJB

HON. HALA Y. JARBOU

**CERTIFICATE OF CONCURRENCE TO GOOGLE LLC AND YOUTUBE, LLC'S UNOPPOSED MOTION TO EXTEND REPLY BRIEF DEADLINE**

I, Benjamin Margo, hereby attest and certify that pursuant to the requirements of Local Rule 7.1(d) that counsel for Defendants Google LLC and YouTube, LLC (collectively, "YouTube") met and conferred with Plaintiff's counsel Lisa Haba and Margaret Mabie regarding YouTube's instant Motion to Extend Reply Brief. On June 20, 2023, Counsel for YouTube asked Plaintiff's counsel for concurrence to the Motion via email. On June 21, 2023, Plaintiff's counsel expressed that they do not oppose the Motion.

DATE: June 22, 2023

By: */s/ Benjamin Margo*
Benjamin Margo
(with permission)

Respectfully submitted,

**Clark Hill PLC**

By: */s/ Christopher M. Trebilcock*
Christopher M. Trebilcock
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
ctrebilcock@clarkhill.com
(313) 965-8300

DATE: June 22, 2023

**Wilson Sonsini Goodrich & Rosati**
**Professional Corporation**

By: *_/s/ Brian M. Willen_*
Brian M. Willen
Benjamin Margo
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
(212) 999-5800
bwillen@wsgr.com
bmargo@wsgr.com

DATE: June 22, 2023

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on June 22, 2023, via:

_________ U.S. Mail _________ Facsimile

____X____ ECF Filing _________ Hand Delivery

_________ E-Mail _________ Federal Express

By: *_/s/ Christopher M. Trebilcock_*
Christopher M. Trebilcock