**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SARAH,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>Defendants. | CASE NO: 1:23-CV-00223-HYJ-SJB<br><br>HON. HALA Y. JARBOU |

**BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR JUDICIAL NOTICE OF TRANSFER ORDER AND SUPPORTING MEMORANDUM OF LAW**

For the reasons stated in Defendants Google LLC and YouTube, LLC's Unopposed Motion for Judicial Notice of Transfer Order, and pursuant to Fed. R. Evid. 201(b), Defendants request that the Court take judicial notice of the Transfer Order transferring Case No. 5:23-cv-00091-JA-PRL filed in the United States District Court for the Middle District of Florida to the Northern District of California.

Respectfully Submitted,

**Clark Hill PLC**

By: */s/ Christopher M. Trebilcock*
Christopher M. Trebilcock
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
ctrebilcock@clarkhill.com
(313) 965-8300

DATE: October 10, 2023

**Wilson Sonsini Goodrich & Rosati Professional Corporation**

By: */s/ Brian M. Willen*
Brian M. Willen
Benjamin Margo
1301 Avenue of the Americas, 40th Floor

New York, NY 10019-6022
(212) 999-5800
bwillen@wsgr.com
bmargo@wsgr.com

DATE: October 10, 2023

*Attorneys for Defendants*
*GOOGLE LLC and YOUTUBE, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on October 10, 2023, via:

| | |
|---|---|
| ________ U.S. Mail | ________ Facsimile |
| ___X___ ECF Filing | ________ Hand Delivery |
| ________ E-Mail | ________ Federal Express |

/s/Pamela Bright
Pamela Bright