**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SARAH,<br><br>Plaintiff,<br><br>v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>Defendants. | CASE NO: 1:23-CV-00223-HYJ-SJB<br><br>HON. HALA Y. JARBOU |

**CERTIFICATE OF CONCURRENCE TO GOOGLE LLC AND YOUTUBE, LLC'S UNOPPOSED MOTION FOR JUDICIAL NOTICE OF TRANSFER ORDER**

I, Christopher Trebilcock, attest and certify that pursuant to the requirements of Local Rule 7.1(d), counsel for Defendants Google LLC and YouTube, LLC (together, "Google") met and conferred with Plaintiff's counsel Lisa Haba, seeking first to have them join Google's motion, and then, when they had declined to do so, seeking their consent to file same. Plaintiff's counsel Lisa Haba represented to Google's counsel that while Plaintiff would not join the motion, she did not oppose it.

DATE: October 10, 2023

By: */s/ Christopher M. Trebilcock*

Christopher M. Trebilcock
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
ctrebilcock@clarkhill.com
(313) 965-8300

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause

herein at their respective addresses as disclosed on the pleadings on October 10, 2023, via:

| | |
|---|---|
| ________ U.S. Mail | ________ Facsimile |
| ____X___ ECF Filing | ________ Hand Delivery |
| ________ E-Mail | ________ Federal Express |

By: *_/s/ Christopher M. Trebilcock_*
Christopher M. Trebilcock