James Jackson & Lucas Jackson
8702 123rd St E, Puyallup, WA 98373
253-286-8311
complexnucleus@gmail.com
*Pro Se*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNKNOWN PARTY<br><br>Plaintiff,<br><br>vs.<br>Google LLC, YouTube LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>Defendants. | Case Number: 3:23-cv-05523-VC<br><br>**DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Hon. Vince Chhabria |

**I. INTRODUCTION**

Defendants James Jackson and Lucas Jackson, appearing pro se, submit this reply to Plaintiffs' opposition to our Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) for lack of personal jurisdiction and failure to state a claim. Plaintiffs' opposition fails to provide a compelling legal basis for this Court to exercise jurisdiction or to sustain their claims under the Trafficking Victims Protection Reauthorization Act (TVPRA). The opposition relies heavily on a forum selection clause and the concept of national jurisdiction, both of which are inapplicable as detailed below. Given the profound deficiencies in the plaintiffs' case, we respectfully request that the Court dismiss the complaint in its entirety without the need for further oral argument.

Plaintiffs' complaint lacks any detailed factual allegations or evidence supporting their claims, which fails to meet the standards set forth in Ashcroft v. Iqbal and Bell Atlantic Corp. v. Twombly. In contrast, the defendants have submitted 72 pages of detailed evidence demonstrating their innocence, highlighting the baseless nature of the plaintiffs' allegations.

**II. LACK OF PERSONAL JURISDICTION**

1. **Insufficient Contacts with California:**

Plaintiffs argue that the defendants' participation in the YouTube Partner Program does not establish sufficient contacts with California (Exhibit 28), as mere online participation does not constitute purposeful availment (Walden v. Fiore). Case law, including Helicopteros Nacionales de Colombia and Asahi Metal Industry, supports that out-of-state actions must be purposefully directed at the forum state, which is not the case here. Furthermore, the Supreme Court in Walden v. Fiore, 571 U.S. 277 (2014), clarified that the relationship must arise out of contacts that the defendant creates with the forum state. All alleged actions took place in Washington State, not California, and therefore do not establish personal jurisdiction. The defendants have no significant contacts with California that would justify the court's exercise of jurisdiction over them.

Mere accessibility of an online platform does not confer personal jurisdiction in every state. Courts require targeted, purposeful activities directed at the forum state. The Jacksons' activities occurred in Washington State with no meaningful connection to California, supported by Goodyear Dunlop Tires Operations S.A. v. Brown and Helicopteros Nacionales de Colombia, S.A. v. Hall. Unilateral activity of a third party is insufficient to establish jurisdiction, and incidental effects in California do not justify jurisdiction.

The plaintiffs' broad allegations fail to meet the specific requirements for personal jurisdiction. They have not provided substantial evidence that the defendants purposefully directed activities

U ni te

toward California or that their claims arise from actions within the forum state. This lack of a direct link underscores the baseless nature of their jurisdictional claims.

A thorough police investigation concluded there was 'no evidence of a crime' (Exhibit 1 &10). Plaintiffs' arguments regarding jurisdiction are fundamentally flawed, and they have not met their burden of proof to establish personal jurisdiction. The Jacksons must be permitted to defend themselves in Washington, the jurisdiction where all alleged incidents occurred, where all relevant witnesses and evidence were located,

**2. No Purposeful Availment:**

Under the Ninth Circuit's three-part test for specific jurisdiction, Plaintiffs must show that Defendants purposefully directed their activities toward California, that the claims arise out of these activities, and that jurisdiction is reasonable (Boschetto v. Hansing, 539 F.3d 1011, 1016 (9th Cir. 2008)). The Jacksons' actions were not aimed at California, and participating in YouTube's Partner Program does not establish sufficient contacts. The YouTube terms of service do not require the Jacksons to serve as defendants alongside YouTube or submit to California jurisdiction (Exhibit 28). Therefore, the Jacksons should be severed from YouTube as the relationship to the plaintiffs, the fabricated damages sought, and the nature of their claims are entirely different. In Pebble Beach Co. v. Caddy, 453 F.3d 1151, 1156 (9th Cir. 2006), the court held that operating a passive website is insufficient to demonstrate purposeful availment. Similarly, Hanson v. Denckla, 357 U.S. 235 (1958), emphasizes that "the unilateral activity of those who claim some relationship with a nonresident defendant cannot satisfy the requirement of contact with the forum State." The Plaintiffs fail to demonstrate that the Jacksons purposefully availed themselves of conducting activities within California. The Jacksons' alleged activities were confined to Washington State, and incidental effects felt in California do not establish jurisdiction.

The Jacksons are victims of vexatious litigation initiated by residents of Florida and Michigan (Exhibit 18), which has no substantial connection to California. In Hanson v. Denckla, 357 U.S. 235 (1958), the Supreme Court emphasized that 'the unilateral activity of those who claim some relationship with a nonresident defendant cannot satisfy the requirement of contact with the forum State.' The plaintiffs fail to demonstrate that the Jacksons purposefully availed themselves of conducting activities within California. The Jacksons' alleged activities were confined to Washington State, and incidental effects felt in California do not establish jurisdiction. As established in Helicopteros Nacionales de Colombia, S.A. v. Hall, 466 U.S. 408, 417 (1984), "unilateral activity of another party or a third person is not an appropriate consideration when determining whether a defendant has sufficient contacts with a forum State." The Jacksons have no interest in California and are not pursuing any legal actions there (Exhibit 19).

**3. Lack of Substantial Connection:**

Plaintiffs fail to demonstrate that the defendants had any direct, substantial, or continuous contact with California (Exhibit 19). The Supreme Court in Daimler AG v. Bauman, 571 U.S. 117 (2014), emphasized that general jurisdiction is appropriate only where the defendant is "at home." The Jacksons, residents of Washington State, do not have the requisite connections to California to justify such jurisdiction (Exhibit 1, Exhibit 3).

General jurisdiction is only appropriate where the defendant's affiliations with the state are so continuous and systematic as to render them essentially at home in the forum state. Specific jurisdiction, on the other hand, requires that the defendant's conduct be purposefully directed at the forum state and that the claims arise out of or relate to those activities.

The Jacksons are 'at home' in Washington State where all relevant events occurred (Exhibit 19). Regina Alonso, a Florida resident, has no substantial connection to the Jacksons or the events in question, and like Sarah, is not, whatsoever, a victim of the Jacksons (Exhibit 14, 20 & 27).

Any consideration of Alonso's connection when deciding jurisdiction is unfounded. Even if considered, Washington State remains the appropriate jurisdiction (Exhibit 21). Rush v. Savchuk, 444 U.S. 320, 328 (1980), emphasizes that "the unilateral activity of those who claim some relationship with a nonresident defendant cannot satisfy the requirement of contact with the forum State."

This principle is supported by Daimler AG v. Bauman, 571 U.S. 117, 137 (2014), which asserts that "the paradigm forum for the exercise of general jurisdiction is the individual's domicile." Additionally, Goodyear Dunlop Tires Operations, S.A. v. Brown, 564 U.S. 915, 924 (2011), reinforces that for a state to exercise jurisdiction over an out-of-state defendant, the defendant's affiliations with the state must be continuous and systematic.

U
ni
te

Reliance on cases such as Bristol-Myers Squibb Co. v. Superior Court of California, 137 S. Ct. 1773 (2017), which reaffirmed the necessity for an affiliation between the forum and the underlying controversy, further supports the argument against jurisdiction., primarily occurring in Washington State, lack the required connection to California.

**III. FAILURE TO STATE A CLAIM**

1. **Inadequate Allegations Under TVPRA:**

Plaintiffs fail to meet the pleading standards required under Ashcroft v. Iqbal and Bell Atlantic Corp. v. Twombly. To state a claim under the TVPRA, plaintiffs must allege that Defendants knowingly benefited from participation in a venture that violated the Act and had knowledge of the violation. Plaintiffs' allegations are vague and lack specific facts demonstrating that Defendants engaged in trafficking or benefited from such activities (Exhibit 4).

Plaintiffs’ reliance on 18 U.S.C. §§ 1595 and 2255 is misplaced as they fail to provide a clear nexus between the defendants’ alleged actions and the specific legal standards under these statutes. The mere participation of the Jacksons in YouTube’s Partner Program, without concrete evidence linking them to the alleged trafficking activities, is insufficient to sustain a TVPRA claim

(Exhibit 28). Plaintiffs have not provided any specific instances or evidence of the Jacksons' knowledge or direct benefit from any trafficking activities. In fact, Sarah admitted to sexually extorting Onision and his spouse (Exhibit 11). The plaintiffs' claims are baseless and defamatory.

James Jackson clearly stated in multiple videos and posts that all content submitted to his repeatedly mentioned forums must be "YouTube appropriate" and submitted by adults, of adults only, specifically "18+" (Exhibit 23). The forums had strict rules, including the requirement that all members be adults and that content adhere to social media standards (Exhibit 24). The plaintiffs' disregard for these facts is a gross misrepresentation and abuse of the legal system (Exhibit 15).

The plaintiffs' actions appear to be a calculated attempt to defame and harm the Jacksons. Their fabricated claims have irreparably demolished the Jacksons' reputations, finances and lives. This misuse of the legal system warrants serious consequences. In Doe v. Red Roof Inns, Inc., 21 F.4th 714 (11th Cir. 2021), the court required plaintiffs to show that defendants knowingly benefited from trafficking. The Plaintiffs here fail to demonstrate such benefit by the Jackson Defendants. The Eleventh Circuit ruled that plaintiffs must plausibly allege they were specifically trafficked at the named venue and that each defendant knew or should have known about the trafficking. The court stated: 'to state a beneficiary claim under Section 1595(a), a plaintiff must plausibly allege that the defendant (1) knowingly benefited, (2) from taking part in a common undertaking or enterprise involving risk and potential profit, (3) that undertaking or enterprise violated the TVPRA as to the plaintiff, and (4) the defendant had constructive or actual knowledge that the undertaking or enterprise violated the TVPRA as to the plaintiff.' The plaintiffs' general knowledge of trafficking was deemed insufficient under §1595(a).

Plaintiffs and their counsel have shown a consistent pattern of fraudulent behavior (Exhibit 16 & 27). Their false claims and malicious actions undermine the legal system and harm innocent individuals, including the Jacksons (Exhibit 2 & 12). Their conduct erodes the credibility of genuine victims of actual crimes (Exhibit 17).

U ni te

The plaintiffs have caused considerable harm to many innocent people, including the Jacksons (Exhibit 25). This is evident in their continuous failure to state a legitimate claim or provide credible evidence, despite being given many opportunities, constituting severe abuse of the judicial process (Exhibit 26). The plaintiffs' actions align with the definition of frivolous litigation, lacking substantial merit and intended to harass the defendants. The plaintiffs' counsel has pursued these actions in bad faith, warranting severe sanctions.

Given these considerations, the court should not only dismiss the plaintiffs' claims with prejudice but also impose severe sanctions on both the plaintiffs and their attorneys. This will deter others from engaging in similar fraudulent behavior and protect the integrity of the judicial system.

**2. Contradictions and Lack of Evidence:**

Plaintiffs' own public statements and previous legal actions contradict their current claims. As noted in Defendants' Motion to Dismiss, Plaintiffs have repeatedly stated that no illegal activities occurred and that any interactions with Defendants were consensual and lawful. These contradictions undermine the credibility of Plaintiffs' claims and fail to state a plausible cause of action under Rule 12(b)(6) (Exhibit 13). The evidence against the Plaintiffs and their representatives is extensive and compelling. Meanwhile, the Plaintiffs have utterly failed to substantiate their claims. Their primary evidence consists of alleged screenshots of joke tweets, which both Regina Alonso and Sarah have admitted were intended as jokes (Exhibit 5). This severely undermines their credibility and the legitimacy of their claims considering their leading “evidence” is fake.

The Plaintiffs' inability to present credible evidence and their reliance on frivolous and contradictory statements highlight the fraudulent nature of their case (Exhibit 8). Their continuous contradictions and lack of substantial proof demonstrate a clear pattern of deceit and abuse of the legal process (Exhibit 20 & 22). In Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986), the

U
ni
te

Supreme Court emphasized the necessity for the nonmoving party to make a sufficient showing on an essential element of their case with respect to which they have the burden of proof. The Plaintiffs have failed to meet this standard, as their evidence is both insubstantial and unreliable.

Furthermore, in Eastway Construction Corp. v. City of New York, 762 F.2d 243, 254 (2d Cir. 1985), the court stated that sanctions are appropriate where claims are frivolous, unreasonable, or without foundation, even if not brought in subjective bad faith. The Plaintiffs' continued reliance on frivolous evidence and their failure to present a coherent and consistent narrative clearly meet this criterion.

**3. Legal Precedents on TVPRA Claims:**

Under Doe v. Red Roof Inns, Inc., the court requires plaintiffs to show that defendants knowingly benefited from trafficking activities. Plaintiffs have failed to provide any specific allegations or evidence that Defendants had knowledge of, or financially benefited from, any trafficking activities. The TVPRA requires clear, factual allegations that link the defendants to the trafficking venture, which are completely absent in this case.

**4. Pleading Standards and Specificity:**

Plaintiffs' complaint fails to meet the required level of specificity for pleading under the Federal Rules. Iqbal and Twombly mandate that a complaint must contain sufficient factual matter, accepted as true, to state a claim that is plausible on its face. Plaintiffs' allegations are speculative and do not present a plausible claim for relief.

**IV. ADDITIONAL LEGAL AND PROCEDURAL FAILURES**

**1. Forum Non Conveniens:**

Under the doctrine of forum non conveniens, the Court may dismiss a case if another forum is more appropriate (Piper Aircraft Co. v. Reyno). Washington State is the appropriate forum for this case as it is where the Defendants reside and where the alleged events occurred. Litigating

in California would be inconvenient and unjust for Defendants who lack the financial resources to defend themselves in a foreign jurisdiction.

**2. Misconduct and Ethical Violations:**

Plaintiffs' counsel has engaged in unethical behavior, including attempts to extort Defendants and manipulate the legal process for financial gain. This misconduct further supports dismissal of the case (Exhibit 9). Such unethical conduct undermines the credibility of Plaintiffs' claims and supports the argument for dismissal on grounds of improper legal tactics.

**3. Improper Venue:**

Venue is proper in a district where a substantial part of the events occurred or where the defendants reside (28 U.S.C. § 1391(b)). All alleged events occurred in Washington State and Defendants reside there. Trying this case in California imposes an undue burden on Defendants who lack substantial connections to the forum state.

**V. REQUEST TO VACATE UPCOMING HEARING**

The plaintiffs' allegations are baseless and misuse the legal system. They have repeatedly failed to provide credible evidence, relying on inflammatory and defamatory statements absent of credibility or evidence, while the defendants have overwhelming evidence supporting their claims. Forcing the defendants to litigate in a jurisdiction with no meaningful ties imposes a significant burden and injustice. Dismissing this case would serve the interests of justice and deter future attempts to exploit the judicial system for unfounded claims (Exhibit 7).

Given the clear deficiencies in the plaintiffs' case, the defendants extensive evidence to which only a fraction has been thus far presented and the strength of the arguments presented in this reply, Defendants respectfully request that the Court grant the motion to dismiss without the need for further oral argument. The issues have been thoroughly briefed, and further oral argument is unlikely to assist the Court in resolving the matters presented.

**VI. CONCLUSION**

The plaintiffs' case is fundamentally deficient, lacking any factual or legal basis (All Exhibits). The evidence clearly demonstrates that the Jacksons have no substantial connection to California, as all alleged actions occurred in Washington State (Exhibit 19). The plaintiffs have failed to meet the necessary standards to establish personal jurisdiction or to state a valid claim under the TVPRA (Exhibit 2, Exhibit 6).

In light of these deficiencies, the defendants request that the Court dismiss the complaint in its entirety without further oral argument. The Court should also consider imposing sanctions on both the plaintiffs and their attorneys for their egregious conduct to uphold the rights of innocent individuals and prevent abuse of the judicial system. The plaintiffs' allegations under the TVPRA are vague and lack specific facts, failing to meet the pleading standards required under Iqbal and Twombly.

Additionally, the defendants request the Court to sever them from Google, as they have different legal standings and involvement in the case, which would prevent unjust prejudice. If the Google case is dismissed with prejudice, as the judge has indicated, there is no reason for the Jacksons to remain involved. Dismissing with prejudice would prevent the plaintiffs from re-filing baseless claims. Imposing sanctions on the plaintiffs and their attorneys would deter future misconduct and protect the integrity of the judicial system, ensuring the rights of the Jacksons are upheld.

Respectfully submitted,

*/s/ Lucas Jackson*
Lucas Jackson (Pro se)
8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: 6/23/24

*/s/ James Jackson*
James Jackson (Pro se)
8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: 6/23/24

U ni te

**EXHIBIT 1**

**Police reports establishing the vindication of the Jackson family. The FBI, Police, Sarah & Regina all concluding the same thing: The Jacksons have committed no crimes. The complete change of story by Regina and Sarah since the date of these reports is alarming.**

| | |
|---|---|
| Synopsis: | Allegations of sexual assault were investigated. No evidence of a crime. |

Narrative:

In September 2019, the Pierce County Sheriff's Department received information regarding possible sexual exploitation crimes occurring at a residence in Gig Harbor. At the time of the initial complaints, there was very little information about the alleged crimes and no first hand reports from any alleged victim. The complaints centered around a YouTube content creator named (O)James Jackson(AKA Gregory Avaroe), who was also known by his YouTube username "Onision". The original allegations were documented under PCSD FIR #19-259-01267 and cleared with no evidence of any criminal activity.

Following the documentation under the previous case number, the Pierce County Sheriff's Department received over 40 additional emails regarding the same or similar allegations from third party reporters who had heard about the allegations through social media accounts. In addition, numerous other social media content creators developed channels and content directly related to the allegations in an attempt to conduct their own "online investigations" as to what might have occurred.

On 10/02/19, PCSD received a press inquiry from a reporter with Vox Media named Makena Kelly. Kelly reported she had spent time speaking to a number of women who alleged Jackson had "groomed them and coerced them into having intercourse". Kelly went on to say that "Many of these girls were only 14-16 years old at the time of these allegations". Kelly requested confirmation that an investigation had been started and provided her contact information. I later contacted Kelly by telephone and advised her PCSD had received allegations from multiple third parties but had not heard from anyone who claimed to be a victim of a crime. I encouraged her to pass my contact information along to the women she had spoken with so they could contact me if they wanted to report a crime in PCSD jurisdiction. I was not contacted by anyone else as a result of my conversation with Kelly.

In January 2020, I became aware of a "media investigation" into the allegations against Jackson which was being conducted by (O)Chris Hansen, via his YouTube Channel "Have a Seat with Chris Hansen". Hansen is a well known media personality who focused on stories about accused sex offenders and child predators. As part of his reporting, Hansen attempted to contact Jackson at his residence in Gig Harbor on 01/09/20 which resulted in Jackson calling 911. Deputies responded (PCSD #20-009-00913) and Hansen and his crew ultimately left the location without speaking to Jackson. Hansen subsequently released a series of interviews with alleged victims and others with information about alleged crimes on his YouTube channel over the next several months. In addition, Hansen contacted PCSD and completed an interview with PIO Troyer. I requested, through PIO Troyer, that Hansen provide PCSD with a list of alleged victims so that they could be contacted for interviews to determine the existence and extent of any criminal activity that occurred in PCSD jurisdiction. On 02/06/20, I received a list which contained the first name and phone number of seven alleged victims who had appeared on Hansen's show. The list included the names Regina, Lane,

***Printed: 6/23/2020 13:58:02***
***Printed By: Automated Policy***

Billie, Haylee, Ayalla, and Shiloh. Additionally, the list contained the name Sarah, who I was later able to identify as (O)Sarah [redacted]

Following PIO Troyer's interview with Hansen, I learned the FBI had also received numerous emails regarding the same allegations from third parties. I contacted FBI Special Agent Mendoza by telephone after learning she was assigned the case for further investigation. SA Mendoza confirmed the FBI had received a large number of "tips" similar to what PCSD had received but had not been able to establish that a crime had occurred. SA Mendoza told me the FBI had spoken with Sarah but had not been able to establish a sex crime had occurred based on that interview. SA Mendoza told me Sarah had reported that nude and/or explicit photographs had been sent between Sarah and Jackson while Sarah was still a minor child. SA Mendoza said a computer belonging to Sarah had been turned over to the FBI for examination for any evidence to support DeVoir's claim and then a decision would be made on how the FBI would proceed. SA Mendoza also provided me with DeVoir's contact information and full name for my investigation.

I attempted to contact each of the alleged victims by telephone and left voicemails requesting they call me back if they wished to file a police report. The only person who returned my phone call was Sarah

On 03/09/20 at approximately 1450 hours, I spoke with Sarah by telephone regarding this investigation. Sarah told me she did not want our conversation to be recorded but agreed to talk to me about the allegations. Sarah told me she had initially learned about Jackson's YouTube channel when she was approximately 14 years old. Sarah said she developed an online friendship with Jackson and his wife, (O)Kai Jackson, who at the time identified as a female. Sarah said she communicated with Jackson and Kai via direct messaging on the Twitter application, although she admitted most of her communication was directly with Kai because they were able to relate better. Sarah told me during the time she communicated with Kai, they spoke about all different types of topics to include relationship issues, friends, and their sex lives. Sarah told me she had also sent a picture of her breasts and a picture of her in her underwear to Kai over direct message. Sarah said Kai also sent her similar messages but they had all since been deleted.

Sarah told me she talked to Kai about a fight she had with her mom and they discussed Sarah flying out to Washington State from her home in Michigan when she was 16 years old. Sarah said she ultimately visited Jackson and Kai in September 2016 for Kai's baby shower. Sarah said she stayed for five or six days but then returned to Michigan because her Uncle had passed away from cancer. Sarah told me nothing of a sexual nature occurred during this first trip to Washington.

Sarah said she returned to Washington State in October 2016 and lived with Jackson and Kai until late February 2017. Sarah said she helped with chores around the house such as cleaning, cooking, and caring for the Jackson's kids. Sarah described herself as being like a live-in "nanny" but she said she was not paid for any of the work she did. Sarah told me during this visit she started to "really love" Kai as a person but didn't have the same feelings for Jackson. Sarah said Jackson would "verbally abuse" her by calling her names, scaring her, and belittling her. Sarah said she would occasionally bathe or shower in front of Kai while they were talking but did not have any kind of sexual contact with Jackson or Kai during this trip. Sarah said she ultimately returned to Michigan due to "all the drama" in the Jackson household.

Sarah said she visited the Jackson's again from August 2017 until November 2017 and this time lived in a mother-in-law suite on their property. Sarah said she continued to do housework but also worked at a Target store in Puyallup so she had a little more freedom. Sarah said there was not any discussion of a sexual nature at the time and she still felt closer to Kai than Jackson.

Sarah told me she returned to the Jackson's residence in July 2018 and stayed until late August 2018. She told me she turned 18 during the visit and Jackson, who had rarely shown any interest or affection toward her, suddenly began to treat her much better. Sarah told me the relationship she had with Jackson and Kai evolved to a point where they would lie in bed together to watch movies and would joke about having "threesomes". Sarah said it seemed like Jackson was pressuring her and Kai to become intimate while trying to determine her level of interest in him. Sarah told me Jackson made a comment to her that he wasn't "in love" with her but he "loved her". She told me Jackson clarified that he felt people needed to have sex to be "in love".

*Printed: 6/23/2020 13:58:02*
*Printed By: Automated Policy*

*** At the direction of Lisa Haba, Sarah's last name has been redacted from this publicly available police report. Defendants have fully complied with the request to censor Sarah's name.**

| Pierce County Sheriff Department Incident Report<br>Jurisdiction Agency: Pierce County Sheriff Department | Incident No. 2005101366.1 | Page 5 of 5 |
|---|---|---|

Sarah said she returned to Washington in January 2019 for a trip that only lasted a few days. She told me during this trip, she engaged in oral sex with Jackson and Kai on two occasions. Sarah said Kai felt ignored during the trip and was hurt by that but otherwise the trip was uneventful. Sarah told me she was a willing participant in the sexual activity that took place during this trip.

Sarah said she returned to Washington for approximately one week at the end of June 2019. She told me Jackson tried to convince Sarah and Kai to participate in a "threesome" and on the last night of her visit, the three of them had sex. Sarah said it was "fine" and admitted that she also agreed to be Jackson's girlfriend during the visit despite his marriage to Kai.

Sarah told me she came back to Washington in late July 2019 for the last time. She said Kai had travelled to New Mexico so she and Jackson were alone at the house for the first time. Sarah told me she and Jackson engaged in sexual intercourse during the trip and admitted it had been consensual. Sarah told me Kai found out about what had happened and got upset about it. Sarah told me Jackson claimed she had "blackmailed" him into having sex and they ultimately "broke up". Sarah said she felt overwhelmed with the entire situation so she returned home and had not returned to Washington.

I asked Sarah if she had ever been an unwilling participant in any type of sexual activity with Kai or Jackson. Sarah told me she "never told them no" and admitted she was not sure she was a victim of any crime. She confirmed she had given her laptop to investigators and was aware it was in the FBI's possession for examination to determine if any of the images exchanged between her and Kai had violated law. I advised Sarah that I would follow up with SA Mendoza but that based on the information she had provided, I did not believe a crime had taken place in PCSD jurisdiction.

On 06/22/20 I spoke with SA Mendoza by telephone to follow-up on their investigation. SA Mendoza told me the examination had not yet been completed and advised she had no other information on any crimes that occurred in PCSD jurisdiction. She told me she would notify me if the examination provided any details about criminal activity that needed further investigation.

As of 06/23/20, I have not heard back from any of the other women who were alleged victims of Jackson. All of the women had been in contact with Chris Hansen at some point to do a media interview and have had an opportunity to file a police report if warranted. Sarah was a willing participant in sexual activity after the age of consent, in fact after turning 18 years old, and was not under the legal care or custody of Jackson or Kai. Based on the information gathered during my investigation, I have not been able to establish that a crime occurred. This report is for informational purposes due to the high volume of third party and social media interest.

There is nothing further at this time.

| Reviewed By: | | Reviewed Date: | |
|---|---|---|---|

*** At the direction of Lisa Haba, Sarah's last name has been redacted from this publicly available police report. Defendants have fully complied with the request to censor Sarah's name.**

## Investigative Information

| | | | |
|---|---|---|---|
| Means: | | Motive: | |
| Vehicle Activity: | | Direction Vehicle Traveling: | |

| | |
|---|---|
| Synopsis: | Follow-up to a previous suspicious incident complaint was conducted. |

| | |
|---|---|
| Narrative: | In September 2019, the Pierce County Sheriff's Department received information regarding possible sexual exploitation crimes occurring at a residence in Gig Harbor. At the time of the initial complaints, there was very little information about the alleged crimes and no first hand reports from any alleged victim. The complaints centered around a YouTube content creator named (O)James Jackson(AKA Gregory Avaroe), who was also known by his YouTube username "Onision". The original allegations were documented under PCSD FIR #19-259-01267 and cleared with no evidence of any criminal activity.<br><br>Throughout the end of 2019 and beginning of 2020, PCSD received a large volume (over 40) additional emails and Cybertips regarding this case due to the large number of "online investigations" being conducted and documented by high-profile YouTube content creators, to include (O)Chris Hansen. Hansen is a well-known media personality who's investigative reporting has often focused on stories about accused sex offenders and child predators. Hansen documented numerous complaints about Jackson on his YouTube channel, "Have a Seat with Chris Hansen". In February 2020, I received a list of potential victims of harassment and sex crimes committed by Jackson from Hansen. I attempted to contact each of the alleged victims by telephone and was only able to speak with (O)Sarah [redacted] Sarah completed a phone interview |

| | |
|---|---|
| | ***Printed: 1/21/2021 07:08:02***<br>***Printed By: Automated Policy*** |

*** At the direction of Lisa Haba, Sarah's last name has been redacted from this publicly available police report. Defendants have fully complied with the request.**

**to censor Sarah's name.**

| | | |
|---|---|---|
| **Pierce County Sheriff Department Incident Report**<br>**Jurisdiction Agency: Pierce County Sheriff Department** | **Incident No. 2101900529.1** | Page **4** of **5** |

during which she detailed her relationship with Jackson and his spouse Sarah told me she had been involved in a sexual relationship with Jackson but was over 18 years of age during the relationship and had fully consented to the sexual activity. DeVoir told me she was not sure she was a victim of any crime in Pierce County or Washington State. For further details on the interview with DeVoir, see PCSD FIR #20-051-01366.

On or about 01/12/21, PCSD became aware of a documentary being released on the Discovery+ streaming platform regarding Jackson. Due to the possibility that potential victims would now be willing to be interviewed, Lt. Loeffelholz contacted Hansen and obtained the names of potential victims who would be open to speaking with police. Lt. Loeffelholz later provided me with the names of DeVoir, (O)Shiloh Schramm, and (O)Regina Alonso and requested I attempt to follow up with them again to see if any crimes had been committed in PCSD jurisdiction.

Prior to contacting any of the potential victims, I contacted FBI Special Agent Mendoza, who had been conducting a separate, federal investigation into the allegations. I was aware the FBI had previously taken possession of a laptop computer from Sarah that may have been used to transmit Child Sexual Abuse Material(CSAM) from Jackson to Sarah SA Mendoza told me the FBI investigation had so far not been able to conclude any criminal activity had taken place. SA Mendoza told me she had been in contact with Alonso and advised me Alonso had not reported being the victim of any crime in Pierce County or Washington State. SA Mendoza further told me Alonso had reported she had never met Jackson in person or travelled to Washington State. SA Mendoza said the FBI was working with Alonso to look into claims that she had sent and received nude or semi-nude photos to/from Jackson but they had been unable to access the iCloud account used due to the password being changed by Jackson. SA Mendoza told me she would follow up with me if the FBI investigation produced any evidence of criminal activity in PCSD jurisdiction.

On 01/15/21 at approximately 0730 hours, I contacted Alonso by telephone. Alonso told me she lived in Eastlake Weir, Florida and had never travelled to Washington State or met Jackson in person. Alonso said she had originally learned of Jackson through YouTube and had developed a friendship with him and his spouse over the course of 7 years from 2012-2018, eventually working as a chat moderator on his channels. Alonso said during that time she sent numerous images to Jackson over the internet at his request. She told me the images consisted of selfies and pictures she described as "mostly nude". Alonso told me she was working with the FBI to access the account the photos were shared through to determine if any of it was considered CSAM. I asked Alonso what had prompted her to speak out against Jackson and she told me she had heard Sarah story and wanted to show Jackson's "patterns of predatory behavior". Alonso told me she had also retained a civil attorney and was looking into the possibility of legal action against Jackson due to his "defaming" her during/after her time serving as a moderator for Jackson's forums online. Alonso told me she had not filed any police reports or had law enforcement contacts other than with the FBI. Based on the information provided, I determined Alonso was not the victim of any criminal activity in PCSD jurisdiction and advised her to follow-up with SA Mendoza.

On 01/15/21 at approximately 0850 hours, I spoke with Schramm by telephone. Schramm told me she was aware of this investigation although she was not sure she was a victim of any crime "under the law". Schramm insisted that Jackson had committed moral crimes even if he hadn't committed legal crimes. Schramm told me she had met Jackson through internet chats after seeing his YouTube channel. She told me she was touring as a musical artist in December 2010 when Jackson flew to Pennsylvania to meet with her while she was 17 years old. Schramm said she and Jackson engaged in consensual sex in her hotel room and later lived together in Toronto, Ontario, Canada for approximately 3-4 months. Schramm said she moved to Tacoma with Jackson on her 18th birthday and they lived together at a residence later determined to be located at 7230 A St. S. Schramm told me she appeared in many of Jackson's YouTube videos until they ultimately ended their relationship. Schramm told me there was no history of violence between her and Jackson and told me the only law enforcement contact they had was during an incident in 2011 where police responded and took her to a psychiatric hospital after Jackson reported she was suicidal. I was later able to find the CAD log for the incident which showed Schramm was taken to Western State Hospital on a voluntary commit for suicidal ideations following two prior suicide attempts (TPD #11-196-0822). She told me she had only lived at the Tacoma address with Jackson and had never been to the Gig Harbor property. Schramm told me she did not know the other alleged victims well but that they all "came out together" about their experiences with Jackson. Schramm told me she had not been in contact with the other women due to

| | |
|---|---|
| | ***Printed: 1/21/2021 07:08:02***<br>*Printed By: Automated Policy* |

*** At the direction of Lisa Haba, Sarah's last name has been redacted from this publicly available police report. Defendants have fully complied with the request to censor Sarah's name.**

| Pierce County Sheriff Department Incident Report<br>Jurisdiction Agency: Pierce County Sheriff Department | Incident No. 2101900529.1 | Page 5 of 5 |
|---|---|---|

"drama" related to the documentary. Based on the information provided, I determined Schramm did not appear to be a victim of a crime in PCSD jurisdiction.

On 01/15/21 at approximately 0915 hours, I spoke with Sarah by telephone. Sarah seemed surprised that I was following up with her again and told me she did not have any new information to report since we last spoke in March 2020. Based on the information I had obtained at that time, it did not appear Sarah was a victim of a crime in PCSD jurisdiction.

I advised Lt. Loeffelholz of what I had learned during the investigation and it was determined a new incident number would be drawn to document the information in a Field Information Report. For additional details regarding the related investigations, please refer to PCSD case #20-051-01366, #19-255-02012, #19-245-01647, #19-161-01513, #19-011-00879, and TPD #11-196-0822.

There is nothing further at this time.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

01/19/2021 Pierce County, WA 08-034 - Pawlak, Adam

| Reviewed By: | | Reviewed Date: | |
|---|---|---|---|

*** At the direction of Lisa Haba, Sarah's last name has been redacted from this publicly available police report. Defendants have fully complied with the request to censor Sarah's name.**

**EXHIBIT 2**

**Sarah admits, as an adult, the Jacksons never wanted to be with her, and that she knew it the whole time. "I've known nothing was every going to happen".**

To: +1 (269) 408-6014

Are you kidding me Lainey

Oct 1, 2018, 6:29 AM

I'm not mad because you don't have romantic feelings for me. It hurts but I know you have no control over that just like I have no control over my feelings. I've known nothing was ever going to happen for 2 years and I still stuck around because regardless of me being in love with you, you were always my best friend before anything else. And that's exactly why I never planned to tell you how I felt again because our friendship meant everything to me and I didn't want something like this to happen. I tried so hard for years to get over it for the sake of being able to keep you in my life forever. You think I just threw it away? I've been so fucked up about this for the last three weeks because I cannot believe that after I told you multiple times if it was a no to just tell me because it would hurt less, after I asked you that if it was a no if I could have the courtesy of hearing it from you, after I told you that you not liking me would not ruin our friendship but you withholding if you knew you didn't would, and after I broke down crying in front of you that night in the shower, before any of this started, about how I didn't want any sort of talk about it unless it was going to be real, that you just didn't care about me enough to tell me. Instead you allowed me to believe for the first time in two years there was an actual chance of us being together. And let it go on with me humiliating myself for two months. Then suddenly, not even 48 hours before I'm supposed to leave for the airport to come back I get a text from Greg telling me that not only do you not have feelings for me which hurt enough, especially since it didn't come from you, but that you knew all this time. I'll never know why you did this. If it was just because you cared more about being scared to tell me than you did about how it was going to affect me when I finally found out the truth, or if it was some sort of an ego boost, or maybe it was just you trying to please Greg because he wanted me. Regardless, I hope I was a fun toy for you both.

Oct 1, 2018, 7:38 AM

**Again, Sarah makes it even more clear, no one had any interest in her when she was a minor, also doubles down on her statements that Lucas is an amazing**

**person, furthering her conscious vexatious litigation harming this innocent person who rejected Sarah:**




**^ This alone shows exactly what Sarah was thinking as an adult, and her opinion of Lucas & James before they accused her of sexual extortion, before she admitted and apologized for raping Lucas and James Jackson, and before they ultimately cut her out of their life for her self-admitted crimes against them.**

**EXHIBIT 3**

**6-22-20 – Police report Sarah confessed to them she was a "willing participant in sexual activity" and "after the age of consent, in fact after turning 18 years old,**

**and was not under the legal care or custody of Jackson or Kai" Furthermore "I have not been able to establish that a crime occurred"**

On 06/22/20 I spoke with SA Mendoza by telephone to follow-up on their investigation. SA Mendoza told me the examination had not yet been completed and advised she had no other information on any crimes that occurred in PCSD jurisdiction. She told me she would notify me if the examination provided any details about criminal activity that needed further investigation.

As of 06/23/20, I have not heard back from any of the other women who were alleged victims of Jackson. All of the women had been in contact with Chris Hansen at some point to do a media interview and have had an opportunity to file a police report if warranted. [redacted] was a willing participant in sexual activity after the age of consent, in fact after turning 18 years old, and was not under the legal care or custody of Jackson or Kai. Based on the information gathered during my investigation, I have not been able to establish that a crime occurred. This report is for informational purposes due to the high volume of third party and social media interest.

There is nothing further at this time.

**EXHIBIT 4**

**5-28-19 – Sarah apologizing to Lucas, stating that he is the best friend she ever had, and she loves him so much. This is many months after the timeframe she fraudulently now newly claims she was a victim of a horrible crime by the same Lucas.**




**Sarah further establishing that James has no interest in minors, which is consistent with all the evidence:**




**EXHIBIT 5**

**1-10-19 – Regina Alonso openly establishes she knows very well that the Tweets/Screenshots the plaintiffs now use as "evidence" were in fact always jokes. This is clear abuse of the legal system, catching the plaintiffs red handed taking part in vexatious and frivolous litigation. Regina, years after the time she now claims she was a victim, openly tweeting "all my love to" Lucas Jackson, again, exposing her for the fraud she is, and that she is not at all a victim of Lucas Jackson.**

r @hahan0bye · Jan 10, 2019
Replying to @GregoryOnision and @Onision
1. the first screenshot is MY texts, NOT kai and sarah.
2. the second screenshot is fucking meme, grow up.

r @hahan0bye · Jan 10, 2019
Replying to @Onision
it's incredibly ridiculous drama from 3+ yrs ago tht has been addressed previously is being brought up for abolutely no reason. Sarah and Kai are adults and perfectly capable of making their own decisions w/o having their lives being dictated by the internet. this needs to stop.
1 1

r @hahan0bye · Jan 10, 2019
Replying to @Onision
all my love to them
1

r @hahan0bye · May 13, 2017
Replying to @Onision
I read this while eating an apple. I guess I'm successful.
2

**Sarah further insists screenshots being used are actually jokes and again points out she is not being groomed and nothing happened to her when she was a**

**minor:**




**Regina and Sarah both providing means to pay them while they get all this new attention from their fraudulent campaign on the Jacksons:**




**← Regina's porn site and Venmo.**




← **Sarah openly asking for money.**

**EXHIBIT 6**

**3-9-20 – Sarah openly admits she never communicated any lack of consent, and stated she did not know if she was even a victim. Stark contrast to what her legal complaint is now.**

I asked [redacted] if she had ever been an unwilling participant in any type of sexual activity with Kai or Jackson. [redacted] told me she "never told them no" and admitted she was not sure she was a victim of any crime. She confirmed she had given her laptop to investigators and was aware it was in the FBI's possession for examination to determine if any of the images exchanged between her and Kai had violated law. I advised [redacted] that I would follow up with SA Mendoza but that based on the information she had provided, I did not believe a crime had taken place in PCSD jurisdiction.

In September 2019, the Pierce County Sheriff's Department received information regarding possible sexual exploitation crimes occurring at a residence in Gig Harbor. At the time of the initial complaints, there was very little information about the alleged crimes and no first hand reports from any alleged victim. The complaints centered around a YouTube content creator named (O)James Jackson(AKA Gregory Avaroe), who was also known by his YouTube username "Onision". The original allegations were documented under PCSD FIR #19-259-01267 and cleared with no evidence of any criminal activity.




**Sarah openly admits she wanted to be with both James and Lucas, again, harming her credibility and later complete change of story:**



**Sarah claims the real reasons he slept with James was because he was "being nice", again, destroying her new false claims against the Jacksons:**




**Sarah outlines how she sexually extorted the Jacksons, saying that if she was going to sign the agreement which established she would not be able to lie about them like she threatened to do before, that she wanted something in exchange, specifically that she wanted to "do stuff", Sarah signed right after the Jacksons gave her what she wanted, making it incredibly clear that is exactly what she wanted. Her later bragging about it on social media only furthered that point:**






**Once more, Sarah admits nothing happened to her when she was a minor, a story that lines up with what the Jacksons have always said, but doesn't even agree with Sarah's new fabricated stance:**




**Sarah again establishes nothing happened to her when she was a minor, this once more establishes zero human trafficking occurred as the plaintiff's main argument is that there was inappropriate contact with minors, which their plaintiff**

**oddly serves as a key witness against herself:**




**Sarah outlines that again, she would only sign the NDA which promised she would not lie about the Jacksons if she "got something out of it" and "got what (she) wanted". Again, right after Sarah got what she wanted, she signed, the Jacksons then mistakenly assumed she would not lie about them as she had prior threatened as they had given her what she had extorted them into giving her.**







**EXHIBIT 7**

**9-17-19 – Regina Alonso further demonstrating her character.**


r @hahan0bye · Sep 17, 2019

Dont get me wrong now. Just because I'm gearing towards Kai doesnt mean I dont think @Onision needs to choke on a fucking fat cock

3 1 129

**Regina openly stating that no one was ever Sarah's guardian (just like the police concluded) only to openly commit perjury on legal documents stating otherwise.**




**Regina further establishing that not only are the corrupt individuals slandering the Jacksons fighting with each other, but that she, Regina, is their ring leader:**




**Regina's whole fraudulent case against Lucas is about her allegedly sending photos and somehow being traumatized by such acts that never even occurred according to Lucas, meanwhile, here is Regina trying to send sexual images to anyone who gives her money. She also advertises how she is a "expander" a "chaturbate" model and links to her linktr.ee where people can send her money. This entire fraudulent campaign was a business operation for Regina:**




**Regina again openly admitting she is a criminal and shared CP with the world:**




**EXHIBIT 8**

**Again, Sarah makes it incredibly clear that she knew the whole time she had no chance in being with the Jacksons. She states that not even when she was 16, 17 or 18 that there would be any chance of them being with her. Specifically that “pigs would fly” before James would condone anything of the sort. This further establishes that the Jacksons were extorted by Sarah, as all the evidence shows, it even Moreso destroys what credibility Sarah had.**




**EXHIBIT 9**

**1-10-19 – Regina again, completely contradicting her new fabricated story. Regina claims to be traumatized on the legal complaint, yet here she is, years after she was supposedly traumatized, again, defending Lucas Jackson publicly, and trying to help Sarah get with the soon to be extorted Jackson.**




**On the topic of “trauma” here is Regina stating that if YouTube and Onision videos do not exist, she would literally be dead. She blames her being alive,**

**entirely on Onision videos. Onision (James Jackson), for over a decade, made videos convincing people not to kill themselves, not to self-harm, to eat healthy & be proud of their weight assuming their weight was healthy. These were amazing and helpful videos, and how did Regina thank the stranger whose videos, according to her, saved her life? She now claims this stranger somehow traumatized her and is trying to destroy the person who made videos that saved her life by taking everything he worked for. And YouTube? Yes, she's suing YouTube, the platform that delivered the video that saved her life:**

*01:36:16 - 02:34*
*Hansen: How did you first realize Onision was out there, that he was doing this YouTube show? How old were you and what drew you towards him?*
*Regina: I was 12 when I first discovered Onision. I was, struggling with my mental health at the time and found a video has of why you should not kill yourself.*
*Hansen: Why you should not kill yourself?*




*Regina: Yes, sir.*
*Hansen: And why did that resonate with you?*
*Regina: I was struggling with my health physically and mentally, and, what he said in the video. Originally, it was encouraging. As to why I should not kill myself, which I was heavily considering at age 12.*

*00:02:34:08 - 3:36:01*
*Hansen: You're 12 years old, you're surfing YouTube, you come across Onision and he's got a stream entitled Why Not to Kill Yourself? Why did that resonate with you? What was happening in your life?*
*Regina: I was heavily bullied in school as a kid as well as I have something called Hashimoto's Hyper hyper Thyroiditis. It's a mouthful to say. and Hashimoto's is commonly coupled with depression as well.*




*Hansen: And so this resonated with you. What was it about ignitions message that that hit home with you?*
*Regina: Basically, now that I look back at it, it was shaming people out of killing themselves. But it at the time, it seemed to me as giving reasons why it would be stupid to kill myself.*
*Hansen: And so that was helpful to you somehow?*
*Regina: Yes.*

**^ Again, Regina was very clear, without YouTube and James Jackson's videos, a**

**stranger to her, she would not be alive today. She also establishes she was miserable before she ever spoke to Lucas.**

**Additionally Sarah openly claims that James and Lucas Jackson saved her from domestic violence (She claimed the person she lived with was beating her, which is why they saved Sarah):**

Sarah admits Onision was trying to save her from living in an abusive home.




**If that wasn't enough, Lucas Jackson also saved Sarah's life, again, this is again, a Plaintiff who claims their life was destroyed by the Jacksons, in fact being caught saying the Jacksons saved their lives:**



**To further the strength of Sarah's clear disregard for truth or respect for the Court, here is exactly the NDA she signed establishing she was not allowed to lie about the Jacksons, it additionally established that if one party commits a crime against the other party, the NDA does not protect them. Because Sarah sexually violated the Jacksons by using fear to have relations with them, and apologized for doing so privately, while admitting she apologized publicly, the NDA only applied to Sarah:**

**MUTUAL NON-DISCLOSURE AGREEMENT**

This Agreement is made and entered into as of the last date signed below (the "Effective Date") by and between Sarah [redacted] (the "First Party") and Gregory Avaroe, whose principal mailing address is 5001 Fern lane NW (the "Second Party"). Effective Date: 1-18-19

WHEREAS The First Party and the Second Party (the "Parties") have an interest in participating in discussions, collaborations & other interactions wherein either Party might share information with the other that the disclosing Party considers to be proprietary and confidential to itself ("Confidential Information"); and

WHEREAS the Parties agree that Confidential Information of a Party might include, but not be limited to that Party's: (1) business plans, methods, and practices; (2) personal stories, private information regarding anything associated with both parties; (3) any other conversations or events, or other related information;

NOW, THEREFORE, the Parties agree as follows:

1. Either Party may disclose Confidential Information to the other Party in confidence provided that the disclosing Party identifies such information as proprietary and confidential. All information and events are to be mutually considered confidential until both parties agree specific information is not confidential.

2. All information disclosed between both parties as well as events witnessed are to be kept between said parties until both parties mutually agree information is no longer private. If only one-party consents to release of information, and information is released, it is a violation of this agreement.

3. All Confidential Information disclosed under this Agreement shall be and remain the property of the disclosing Party and nothing contained in this Agreement shall be construed as granting or conferring any rights to such Confidential Information on the other Party. The Recipient shall honor any request from the disclosing Party to promptly return or destroy all copies of Confidential Information disclosed under this Agreement and all notes related to such Confidential Information. The Parties agree that the disclosing Party will suffer irreparable injury if its Confidential Information is made public, released to a third party, or otherwise disclosed in breach of this Agreement and that the disclosing Party shall be entitled to obtain injunctive relief against a threatened breach or continuation of any such breach and, in the event of such breach, an award of actual and exemplary damages from any court of competent jurisdiction.

4. Notwithstanding the above, the Parties agree that information shall not be deemed Confidential Information and the Recipient shall have no obligation to hold in confidence such information, where such information:
   (a) Is or becomes publicly known through no wrongful act of the Recipient, its employees, officers, directors, or agents; or
   (b) Is approved for release (and only to the extent so approved) by the disclosing Party; or
   (c) Is disclosed pursuant to the lawful requirement of a court or governmental agency or where required by operation of law.

5. Nothing in this Agreement shall be construed to constitute an agency, partnership, joint venture, or other similar relationship between the Parties.

6. Neither Party will, without prior approval of the other Party, make any public announcement of or otherwise disclose the existence or the terms of this Agreement.

7. This Agreement contains the entire agreement between the Parties and in no way creates an obligation for either Party to disclose information to the other Party or to enter into any other agreement.

8. Parties are forbidden from producing false statements about one another to any third parties in addition to keeping all actual occurring conversations and events private and mutually exclusive.

-Page 1 of 2-

CONFIDENTIAL

Non-Disclosure Agreement

9. This Agreement shall remain in effect for a period of five (5) years from the Effective Date. The requirement to protect Confidential Information disclosed under this Agreement shall survive termination of this Agreement.

IN WITNESS WHEREOF:

| FIRST PARTY | | SECOND PARTY | |
|---|---|---|---|
| Signature [redacted] | 1/18/19 Date | Signature | 1-18-19 Date |
| Sarah [redacted] Printed Name | | Gregory AVAROG Printed Name | |
| 269 [redacted] Phone Number | | 253-286-8311 Phone Number | |

*** At the direction of Lisa Haba, Sarah's last name has been redacted from this NDA, which acquired through extortion and then violated repeatedly. Defendants have fully complied with the request to censor Sarah's name.**

**EXHIBIT 10**

**Thorough police investigation conclusion: "no evidence of a crime"**

| Pierce County Sheriff Department Incident Report<br>Jurisdiction Agency: Pierce County Sheriff Department | Incident No. 2005101366.1 | Page 3 of 5 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Height: | | Weight: | | Hair Color: | | Eye Color: | |
| Address: | [redacted] | | | County: | | Phone: | 269 [redacted] |
| City, State Zip: | [redacted] | | | Country: | | Business Phone: | |
| Other Address: | | | | | | Other Phone: | |
| Resident: | Nonresident | | | Occupation/Grade: | | Employer/School: | |
| SSN: | | | | | | Place Of Birth: | |
| Driver License No: | | | | Driver License State: | | Driver License Country: | |
| Attire: | | | | | | Complexion: | |
| SMT: | | | | | | Facial Hair: | |
| Entity Type: | Other Individual | | | Reporting Statement Obtained: | | Facial Shape: | |
| Entity Notes: | | | | | | | |

**Investigative Information**

| | | | |
|---|---|---|---|
| Means: | | Motive: | |
| Vehicle Activity: | | Direction Vehicle Traveling: | |

| | |
|---|---|
| Synopsis: | Allegations of sexual assault were investigated. No evidence of a crime. |

citizen

On 01/15/21 at approximately 0915 hours, I spoke with Sarah by telephone. Sarah seemed surprised that I was following up with her again and told me she did not have any new information to report since we last spoke in March 2020. Based on the information I had obtained at that time, it did not appear Sarah was a victim of a crime in PCSD jurisdiction.

Material(CSAM) from Jackson to Sarah. SA Mendoza told me the FBI investigation had so far not been able to conclude any criminal activity had taken place. SA Mendoza told me she had been in contact with Alonso and advised me Alonso had not reported being the victim of any crime in Pierce County or Washington State.

have had an opportunity to file a police report if warranted. Sarah was a willing participant in sexual activity after the age of consent, in fact after turning 18 years old, and was not under the legal care or custody of Jackson or Kai. Based on the information gathered during my investigation, I have not been able to establish that a crime occurred. This report is for informational purposes due to the high volume of third party and social media interest.

There is nothing further at this time.

*** At the direction of Lisa Haba, Sarah's last name has been redacted from this publicly available police report. Defendants have fully complied with the request.**

**EXHIBIT 11: 9-19 – Sarah not only knew what she was signing, but negotiated her own terms to sign the agreement that would legally prevent her from lying. Sarah, of her own free will, chose to sexually extort the people she was obsessed with, thus committing a sex crime against the Jacksons, knowing all she would have to do is lie to destroy their lives. They knew Sarah had all the power, and gave her whatever she wanted till they could not take it anymore, and that's when Sarah decided to do a tell all live stream, in which she admitted the following:**







**EXHIBIT 12**

**1-17-20 – Sarah openly discussing financially profiting off the destruction of the**

**innocent Jacksons lives:**




**Exhibit 13**

**1-28-17 – Regina Alonso, well after the timeframe which she claims she was a victim, telling Lucas that she forgives Lucas for being rude and that Regina Alonso will "always love" Lucas and that he will always "be near and dear" to her, Regina Alonso, again, reading that, and reading their complaint, it is beyond evident Regina and Sarah are complete frauds:**




**Exhibit 14**

**9-4-19 – Sarah brags about being able to say “whatever” she wants now, openly admitting she begged James Jackson for forgiveness for what she did to him (Sexual Extortion) and further more taunts the Jackson following it with sadistic emojis and gifs:**

boo🦋 @notsolillioress · Sep 4, 2019
this is so freeing omg I really can just say whatever I want now
57 29 1.1K

boo🦋 @notsolillioress · Sep 4, 2019
remember when you made me feel so guilty that I was sobbing while holding you and begging for you to forgive me?

I bet that made you feel powerful..

do you feel powerful now?
47 88 1.2K

boo🦋 @notsolillioress · Sep 4, 2019
talk your way outta this one bitch🤪



Tweet

Sarah
@notsolillioness

remember when you made me feel so guilty that I was sobbing while holding you and begging for you to forgive me?

I bet that made you feel powerful..

do you feel powerful now?

5:10 · 04 Sep 19 · Twitter for iPhone

**83** Retweets **1,149** Likes

**← Again, a different screencap of**

**Sarah admitting James told the truth, that Sarah did in fact apologize to him for raping him (James Jackson) and his spouse Lucas.**

**EXHIBIT 15**

**Sarah makes it clear she know she's a fraud:**







**These are only a few of the reasons James Jackson cut ties with Sarah and both privately then publicly called her a criminal, because Sarah herself openly admits she is a criminal:**


boo @notsolillioness · Sep 3, 2019
I've sold my prescription before. Use it against me.
17 19 650

boo @notsolillioness · Sep 3, 2019
Greg and I fucked while Kai was in New Mexico. Use it against me.
56 62 992

boo @notsolillioness · Sep 3, 2019
I did cocaine. Use it against me.
42 18 773

**Sarah further describing what she was "allowed to do" with James Jackson, again, this is the time period the Plaintiff's leave out of their complaint as it literally makes no sense for Sarah to fly out to Washington to be alone with James Jackson if she is a victim of anything or otherwise in any way afraid of the Jacksons. Sarah openly brags, once more, about sleeping with James Jackson, her extorted victim, who two days into her visit refused to sleep with her, leading to her "tell all" out of scorn:**


16 13 567

Sarah @notsolillioness · Sep 12
Replying to @uraveragejane
We were allowed to do certain things but not have sex. But we did. I'm unsure if Kai knows.
6 2 142

Sarah @notsolillioness · Sep 12
Replying to @OnionUnprivated and @pxnkzephyr

**EXHIBIT 16**

**Plaintiff's lawyers confess they just want money from Google, establishing if the Jacksons are dismissed entirely, it doesn't even matter to them. What they really want is money from a company that has little to actually do with any of this:**

Bankruptcy Status X Court ×

**Brett L. Wittner** Fri, May 3, 1:54 PM

to me, Jenn

James,

Let's schedule a time to discuss your Chapter 13 case next week. A bankruptcy attorney out of New York has appeared in your case and has filed a response to our objection to claims. He indicates that he will be filing amended proofs of claim for both plaintiffs in the amount of $5 million each. He explained to me that the plaintiffs don't really care too much about your bankruptcy, that they are really only interested in getting money from Google. Of course, we knew that all along. However, when they file claims for $5 million each, that poses problems for your case. They say that they will not litigate this matter in bankruptcy court, and if necessary they will litigate the damages in Federal District Court in California. They don't really want to do that against you and Lucas, as they know that you don't have deep pockets and it would be more hassle than it would be worth. However, it

**The plaintiff's lawyer, in broad daylight, extorts the Jacksons in hopes they will lie about Google. This is a failed attempt to defraud Google. Sarah and her lawyers have both attempted to extort the Jackson's repeatedly:**

Lisa Haba X Court ×

Brett L. Wittner
to me, Jenn

Wed, May 15, 1:33 PM

James,

Although your bankruptcy is over, I just received a call from Lisa Haba. Because you are not represented by an attorney in California, but are looking for an attorney, she did not feel comfortable reaching out directly to you. She asked me to relay some information to you. I have agreed to do so. Here is what she had to say:

In the lawsuit, the plaintiffs can ask for full damages and would need to prove all of their damages at trial. In theory, if successful, the plaintiffs could obtain a judgment against you and Lucas for millions of dollars. Alternatively, at trial, the plaintiffs can simply ask for statutory damages. If they prove that there was a violation of a statute, then they would not need to prove the amount of damages. The damages would simply be capped at $150,000 per plaintiff. Obviously, if they only pursued statutory damages against you and Lucas, the most they could ever receive would be a total of $300,000. They still want to get big damages out of Google.

If you were willing to sign an affidavit that says that you had a partnership agreement with Google, the plaintiffs would agree to only pursue liquidated damages against you. You would not need to give any admission to say that you did anything wrong. This affidavit would make their case against Google much easier. If you were interested in doing this affidavit, they might even agree to statutory damages of less than $150,000 against you. I suspect that they need a judgment against you saying that you violated a federal statute and the affidavit from you to be able to make their case against Google.

**Sarah indicates she does not even want to be part of this lawsuit, and that Lisa Haba is forcing her to move forward with it via threats of financial consequences for Sarah. Sarah also establishes what everyone already knew, they're just doing this to defraud Google:**

## Talked with S from 7:49 PM to 10:28 PM 3-12-23:

Let her know what my dad said regarding options she could have if she did not want to file the lawsuit. She said she was still thinking about it and needed time to sit with it. She told me that she never really wanted to file in the first place but really only did because James wouldn't stop talking about her. Also said she does not want to testify. She said the lawyers told her there was money in it from YouTube and that they might settle. She says it has been going on so long and she is really tired and doesn't want to do this anymore or hold the animosity towards each other anymore. After that, the conversation got lighter and we talked mostly

**11-9-23 – The interviews with Sarah and Regina were hidden from the public, fortunately the Jacksons got backup copies, thoroughly establishing the plaintiff's fraud, that which they clearly attempted to hide from the Court:**

Reddit · r/Onision
3 comments · 3 weeks ago

Reupload of the deleted Chris Hansen Interview with Regina

Kai doesn't care about anything other than Onision and himself. He doesn't care about their children, pets, friends, or other YouTubers that ...

Reddit · r/Onision
7 comments · 3 weeks ago

Reupload of the deleted Chris Hansen Interview with Sarah

That whole time, he was telling **Sarah** that the FBI was investigating it, but it was actually just sitting in his tech guys' office for that ...

Chris **Hansen** Vs. Predators: **Sarah's Interview** - Onision - Reddit Oct 31, 2019
Why is **Sarah's** appearance on **Hansen** not available anymore? Sep 13, 2022

**Further evidence the plaintiff's don't want the Court to know about the interviews where they both vindicated the Jacksons, and in fact, incriminated themselves:**

**Oct 30, 2019 - Interview with Sarah**




**The individual who concealed the videos from public viewing, which reveal Lisa Haba's fraud, blatant omission, and deception of the courts? Lisa Haba's professional collaborator. Here, Lisa Haba is repeatedly featured on the channel, intentionally and blatantly hiding the original interviews of Sarah and Regina:**




**And here is that same person, Lisa Haba's business associate, organizing payment to Sarah and Regina's "agent" for the fraud & defamation they've subjected the innocent Jacksons to for their own profit:**




**Here's a man working directly for Lisa Haba's business associate and the connection that person has to Haba, this person goes by the name "Anonymous Gene" who Haba's business associate regularly works with despite him being a known criminal:**




**That same person, who is claiming to fund Haba and works directly with Lisa Haba's business associate, claiming to be intentionally paying for this "corrupt" lawsuit:**

**NopeCat** @Thekrazykook3 · 3m
Replying to @Onision
2) I understand the importance of clearing your name, but please be aware that while you're pointing out inconsistencies in their stories, they're probably trying to prepare a counter for that, and, again, legal system = corrupted as fuck.
1 2

**Eugene William Lynch (1 of 4)** · 1m
Replying to @Thekrazykook3 and @Onision
Corrupt and for sale.

I know I paid a lot to see this show. He's fucked and I helped.

;)
2

**Again, Lisa Haba allegedly working with a known criminal:**

**Eugene Lynch** @_The_real_Gene_ · Jan 19
That even made me laugh greg.

Why you so mad at me man? Is it because I sent Chris Hansen to your house?
1 20

**Eugene Lynch** @_The_real_Gene_ · Jan 19
Is it because with one simple phone call I took your fame away?

Is it that I'm paying Lisa Haba to send you and your wife to prison?

Why? Just why you mad?

**Additionally her direct business associate is known for this:**



January 14, 2019:

- **What happened:** Chris Hansen turned himself in to police in Connecticut for allegedly bouncing checks for nearly $13,000 worth of promotional materials.

**Here is that man, Lisa Haba's business associate, openly admitting to working with Anonymous Gene. Lisa Haba's corruption is seething, matching that of her criminal partners, and fraudulent clients.**

Hansen openly admitting he works with Anonymous Gene aka is a partner in Crime:




**A screenshot from Lisa Haba's associates phone, indicating Lisa Haba's associate speaks to Regina Alonso and Anonymous Gene more than his own**

**children:**




**How that screenshot was captured:**



**Regina, being in Lisa Haba's business associates' phone, is undeniably and deeply hateful/vindictive. This is the person now claiming she's a victim, only threatening James Jackson on social media, a man who is a total stranger to her, all while being encouraged by Lisa Haba's business associate, and his criminal partner:**







**Regina laughing about being blocked, this is again, long after the time period she claims she was traumatized:**




**Regina, Lisa Haba's client and associate of the co-conspirator Anonymous Gene, telling James Jackson to kill himself:**

EXHIBITS FOR DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS




**Twitter taking action against Lisa Haba's deranged and criminal client for telling James Jackson to kill himself (again, despite the fact that she is a stranger to James Jackson):**




**Regina Alonso, supposed traumatized victim, body shaming Lucas Jackson and publicly verbally assaulting him:**




**Sarah acting the exact same as Regina, not realizing they would both later pretend to be victims, they're both on social media, openly stating that they are not scared of James Jackson, and in turn, threatening James Jackson:**



**Again, Sarah is clearly not even remotely traumatized or afraid of the Jacksons, here she is openly saying she wants to physically attack James Jackson:**






Sarah @notsolillioness · Aug 24
imagine being scared of a 19 year old girl..again
28 42 702

Sarah @notsolillioness · Aug 23
lol be mad
52 82 601

Sarah @notsolillioness · Aug 23
What's wrong guys? I'm just trying to be honest.
40 30 542

Sarah @notsolillioness · Aug 23



boo @notsolillioress · Sep 3, 2019
EAT MY ASS GREG
24 43 715


boo @notsolillioress · Sep 3, 2019
guilt tripping me is only making me angrier keep it up
22 59 775

**The illegal harassment the Jackson family has had to endure because of Lisa Haba's business associate. Lisa Haba's business associate's partner, openly attempting to get James Jackson to kill himself, similar to the expressed intention of Regina Alonso, both incredibly evil people:**


https://twitter.com/BigMoneyOnision/status/1216013117529812992

I paid for Chris and the entire crew, to fly to your house and knock on the door.... Just because I wanted to see if you would kill yourself like the last guy that had Hansen knock on his door. All I asked for was a video right before he knocked on your door.

You disappoint me daily greg. I'm patiently waiting for that murder / suicide.... because if you don't take out Taylor...? I'll buy her a house too, and furnish it.... Just to have Hansen interview her.

(970) 462-9690 • Sep 21, 2022

**The criminal stalker, Lisa Haba's business associate's partner, claims to have**

**paid Sarah to destroy the life of James Jackson:**



ut why you so mad? Sarah fucked you, get over it...

https://twitter.com/Onision/status/1619862171818807296

(970) 462-9690 • Jan 29, 4:58 PM

Now shes working on fucking you for the rest of your life. You think they settle for less then 10 million? The discussion is for 20 million... You gonna be homeless the rest of your life... And your kids are going to hate you, like you hate your daddy.

That is is you don't end up raping cloey... Which you probably will.

(970) 462-9690 • Jan 29, 4:59 PM

No greg I bought her a house... Not Discovery.

https://twitter.com/Onision/status/1619866626765225985

**More threats from the person claiming to fund Lisa Haba against the innocent James Jackson:**



Eugene Lynch @_The_real_Gene_ · Dec 24, 2023

You know what though Gabe? None of this is going to change the fact they are going to kill @onision in prison.

They don't like pedophiles.. and when they find out he has his very own @chrishansen documentary?

They are going to cut his face up so bad it won't be an open casket.

2 44

Eugene Lynch @_The_real_Gene_ · Dec 24, 2023

Your death is coming greg, be prepared for it....

34

**Lisa Haba's associate openly working with the criminal as usual:**










**Here is more of Lisa Haba and Lisa Haba's business associate, directly**

**benefitting from their interactions with a known criminal:**









**Further criminal harassment by the person claiming to be funding Sarah and Lisa Haba:**

**Eugene Lynch** @_The_real_Gene_ · Jan 19
Replying to @Onision
I know exactly what would fix that greg..

... a nice size hole in your head, two would be better, but that would require another participant.

1 · 568

**Eugene Lynch** @_The_real_Gene_ · Jan 19
I personally would love to see @onision 's heart on his sleeve...
.
.
.
Literally.

@Onision · Jan 19
Different things work for different people

> **Mirei Touyama** @MireiTouyamalol · Jan 19
> Replying to @Onision
> Onision stop isolating yourself because its only going to make you feel worse in the end

1 · 2 · 269

**Eugene Lynch** @_The_real_Gene_ · Jan 19
I hope this will work for you.




From 101knots.com







**^ Again, this is only a fraction of the complete evidence the Jacksons have against Lisa Haba, her criminal business partner and fraud clients. Their entire campaign to dismantle the lives of the innocent Jackson's has been successful due to no legal authority taking action to stop them. The Court has the authority to end this abuse of the Jackson family now.**

**EXHIBIT 17**

**2-17-23 – Sarah states she frequently does drugs. She states she was accused of giving someone an STD. Sarah said she could see herself becoming a serial killer of men. She said if men start getting killed in Michigan that it is probably her. She said she did more illegal drugs, like LSD and while being a waitress, she did cocaine on the job. She accused her mom of providing her alcohol while she was underage going "shot for shot".**

## Conversation with S from 10:05 PM-12:10 PM:

She is anxious to talk to me because she doesn't want James to think that means that they have open communication now and that she doesn't want him to use us talking as a means to say that everything is fine. She told me that she frequently smokes a joint while driving. She was talking about a guy telling everyone she gave him chlamydia and I said that I don't get why people air out their laundry on social media and told a story my sister told me about a guy we went to high school with admitting that he talked to underage girls. She went silent and then said that she had zoned out. I have the screenshots of what my sister sent me of that Facebook posts to prove that I was not talking about us. She also said she could see herself becoming a serial killer for men who are bad and if people start getting killed in Michigan that it's probably her. She also said she has done LSD twice and that when she was a waitress she would do coke before waiting tables. She reminded me how she would go "shot for shot" with tequila at the parties her mom threw with college guys when she was a teenager.

I told her that we didn't have to talk if she was uncomfortable and we agreed to revisit it sometime this weekend

**Sarah further bragging about sleeping with James Jackson, many months after the timeframe she now claims she was a brutal victim of the same person. Her behavior is incredibly telling and disturbing:**






**This is a felony:**




**Sarah publicly making fun of James Jackson for privately texting Sarah what a horrible person he feels she is for extorting them:**




**Sarah showing zero compassion for Lucas Jackson crying, the same person she said was the "sweetest" person on both her legal complaint by referencing the video that was "the literal truth" completely vindicating the same Lucas (Kai):**



**EXHIBIT 18: 1-5-19 – What James Jackson text Sarah before she made her video calling Lucas the "sweetest" person. Telling Sarah to be honest/tell the truth, as the plantiffs also confirmed, Sarah did in fact do, while completely vindicating Lucas:**




**The video of Sarah completely vindicating the plantiff Lucas Jackson:**




**The plantiff's confirming under penalty of Perjury that Lucas was in fact the "sweetest" person, that Lucas never had sexual relations, conversations or plans to be innapripriate with Sarah whatsoever. Simultaniously also confirming that Lucas was "One of the sweetest people" Sarah knew, and "didn't deserve this" (being criticism from the public). This is what the plantiff's swear under penalty of perjury was "the literal truth" establishing much of the rest of their complaint is a complete and utter lie:**



**Sarah establishing, again, months after the timeframe she claims she was brutalized/traumatized during, stating that she is sorry for hurting Lucas. She then says Lucas is "still the best friend" Sarah ever had, and Sarah says "I love you so much", again, to the person who supposedly traumatized her well after she claims she was traumatized:**




**Sarah, once more, swearing on her own Grandothers life that she was not groomed. She then clearly establishes she does not care if her own mother lives or dies:**




**12-19 – The exact script from the following clip:**

**Hansen – Are you a victim of a crime here?**

**Sarah – "I don't know, I don't know enough about the law to say"**

**She then talks about pictures that she does not have possession of but insists once existed in connection to Onision's spouse – but then after this image, you'll see another image where she swears under penalty of perjury that no such pictures were ever in existence (considering the context).**

**Hansen: There was no intimate sexual contact between you and kai or you and greg?**

**Sarah: No, they never, they never tried to kiss me or anything before I was 18.**




**Sarah again, openly states she consented to be with the people she extorted, once more establishing the fraud in her legal complaint:**




**EXHIBIT 19 (Sarah's own record of all the times she visited the Jacksons, every time in Washington exclusively)**

**Sarah** @notsolillioness · 6m

a very brief timeline of my visits with onision and coolguykai for some clarity:

Notes

August 2016: my 16th birthday

September 2016: first visit

October 2016- February 2017: first time living with Greg and Kai

April 2017: visit

August 2017- November 2017: second time living with Greg and Kai

Early July 2018- Late August 2018: visit when relationship idea was in introduced again

Notes

January 2019: visit when Kai and Greg started having sex with me

February 2019: visit and the second time I cut them off

April 2019- June 2019: Greg pressured me to come back to just be his friend

June 30th 2019- July 8th 2019: visit and Greg asked me to date him after Greg, Kai, and I had sex

July 17th 2019- July 23rd 2019: last visit with just Greg at the house. Greg cheats on Kai with me and Greg breaks up with me

12 18 137

**Regina once again establishing how irrelevant she is to this lawsuit and how she never met James or Lucas – Regina also establishes she is or was a drug addict:**

r 👻 @hahan0bye · Sep 9, 2019

I was never at their house I was just close friends w **kai** mainly starting in 2012. **Kai** and I had a falling out before I was even able to visit due to me battling addiction

2 18

**Sarah again, doubles down, on the timeline, openly admitting much of what the Plaintiffs and their cousel knowingly left out: That Sarah repeatedly returned to the Jacksons so she could continue to sexually extort them until she was first rejected by Lucas Jackson, and ultimately rejected by James Jackson shortly**

**after she admitted to her extensive criminal past to James:**




**EXHIBIT 20: Regina admits she had "little to no contact" with James Jackson. Under that, is Regina celebrating the death of another person she accused of crimes in exchange for social media attention.**



**Again, Regina thoroughly establishing that she is a serial accuser:**




**EXHIBIT 21: Regina admits that even when she gave Lucas Jackson the**

**opportunity to fly her out, she was again, rejected. The Jacksons wanted nothing to do with Regina, and in fact, never met her.**




**EXHIBIT 22: Sarah talking to Onision's spouse again, insisting nothing illegal has ever happened between all of them, and rants about how angry she is for ruining all their reputations. The biggest witness to Sarah's own fraud, is Sarah:**




**Sarah again smirking and joking as if destroying people's lives via fraud is all a game to her:**




**Yet another witness named "Liz" who saw everyone in person/how they acted, confirming that Sarah was not groomed and that everyone was wrong about the Jacksons – she also indicates she knew Sarah was a problematic person with serious mental issues:**



**People online catching on to Sarah's criminal fraud/financial con by documenting the sequence of events by this frauds:**







**Another capture of Sarah admitting the Jacksons had no interest in minors, again, debunking the entire offensive sex trafficking lie knowingly perpetuated by the plantiffs to deceive the Court:**



**Sarah, another serial accuser, stating that other people had attempted to have sex with her when she was not an adult, and that a woman named "Billie" had attempted to get her to "starve" herself. Then follows her claims against those individuals with a defense of Lucas, stating "All you did was let me live with you and be my best friend" again, establishing what a fraud Sarah is:**




**EXHIBIT 23: Right along the lines of usual fraud by the Plaintiff's and their counsel, these screenshots have been avaialble to the public for years, the forums themselves have been available for access long before this frivelous lawsuit was ever launch. As you can see, without any doubt, the forums the plaintiffs clear have no capability of being honest about, are entirely innocent.**

**There are clear rules that users must be 18+, that all content must be appropraite for social media (including YouTube) and the forum shows clear moderation, having hundreds of moderators come and go over the years:**

Would onision date you
Pages: 1 2
lucemissfit
Based on looks and the assumption you're legal would he date you Please don't post here if you're underage

Body Positivity for the Wounded/Disabled
Humphrey V

If you want to just talk about Onision, you can do so here.
Moderators: Levy, brookeireland
36 Posts

Submit Images
Create topics & post pictures to potentially wind up in YouTube videos. Please only submit photos of adults & please keep it clean/appropriate. Thank you!
Moderators: Ashlyn O'Brien, Cherie
522 Posts

Video Suggestions

Submit Content - 1 Viewing
Posts here will be considered for use on a live stream or Onision so submit videos, images & music you want to be included. PLEA post pictures if you are 18+ just to keep things drama free. Also, always, all content should be YouTube friendly, thank you!
Moderators: Global Moderator, Moderator, Administrator

Viewing
Post here to suggest a video idea that might wind up in an Onision video with your name next to it! As with all Onision forums, please only submit YouTube-appropriate content.
Moderators: xim ginaryx212, inumae, papavanilla, ambynicole
Sub-board: Completed Ideas




✔ **Submit Content & Video Ideas** - 1 Viewing

Suggest video ideas to Onision &/or post photos to be used in Onision videos. If you're posting photos YOU MUST BE 18+ REGARDLESS OF THE TYPE OF PHOTO! As ALWAYS, please keep all content & ideas submitted YouTube friendly. Thank you so very much!

Moderators: Global Moderator, Moderator, Administrator, ximaginaryx212, inumae, papavanilla, ambynicole

Sub-board: Reviewed Ideas

**Submit Images**

Create topics & post pictures to potentially wind up in YouTube videos. Please only submit photos of adults & please keep it clean/appropriate. Thank you!

Moderators: Ashlyn O'Brien, Cherie

**Onision**

**Board**

✔ **Submit Content & Ideas** - 7 Viewing

Discuss most everything Onision, submit content for videos and also suggest ideas for videos you want to see, all here! NOTE: If you are posting any images, you MUST be an adult & all content submitted must be YouTube appropriate! Thank you!

Moderators: Global Moderator, Moderator, Administrator, onisionsnumber1fan, DrunkenRoyalty, danidotsethmn

**EXHIBIT 24: Not only did James Jackson insist on countless forums that all submissions be from adults only and YouTube appropriate, but he additionally insisted verbally in his own videos that only adults use his site and that all content be appropriate for social media (to include YouTube):**


"Go start a topic on Onision.xyz or Onision.co I review both sites, make sure you're 18+"


If you're under 18 do not post here.


"Anyway as you guys know you're not allowed to post unless you're 18+"




**EXHIBIT 25: Key points from the police report, Sarah's tweets, texts reiterated in**

**this compilation:**




**EXHIBIT 26: Again, Sarah believes this is all a game and that she can commit fraud/harm innocent people, and no one will hold her accountable for destroying the lives of the Jacksons or defrauding the Court in attempts to scam Google out of millions:**

**Sar** @notsolillioness · 9 sie

catch me in court😜




1 2

**Sarah stating to Onision's partner that she, Sarah, was not groomed:**

You didn't groom me. I had a grown ass man attempt to actually groom me when I was 11 and once I caught on to what he was doing I clawed the fuck out of him him and told the police. I don't get groomed.

Yeah I'd say just keep that one out.

Should I take out all the stuff about you?

Because I named you since I filmed this a few days ago

I don't give a shit what ayalla said she actually did try to get with me when I was underage. Nobody knows our business they just make shit up or take something that was innocent and twist it to fit their narrative

**Sarah states that even five months after she was an adult, she still didn't receive any sexual advances/inappropriate behavior from the Jacksons. Sarah said she was pursuing them the whole time, she said again, it was never sexual when she was a minor:**




**EXHIBIT 27: Regina publicly admits when she was a minor, no one wanted to fly her up. No one ever even attempted to fly her up considering Regina has never met the defendants. Regina made the same statement in her now removed live**

**video interview, complaining that Lucas refused to fly her up.**




**Again, Regina confirming, on top of Lucas Jackson refusing to meet her, Regina has in fact to this day, never met the Jacksons.**




**EXHIBIT 28: YouTube's Terms of Service establish that only the Plaintiffs are required to be in California. The claims against the Jacksons are entirely different from those against YouTube, and the relationships between the plaintiffs and the Jacksons are distinct from those with YouTube. The Jacksons' presence in California does not benefit the Court or anyone involved – not the Jacksons, the Plaintiffs, or Google/YouTube. The Jacksons being defendants alongside Google only complicates and inconveniences the judicial process. The Jacksons have no interest in pursuing legal action against Google, so there is no reason for the Jacksons to be under California jurisdiction based solely on the plaintiffs' clearly**

**fraudulent & baseless claims against YouTube.**

**Governing Law**

**"All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts." - YouTube Terms of Service**

**Forum Selection Clause for Suing YouTube:**

**- The Terms of Service clearly state that any claims arising out of or relating to the terms or the service provided by YouTube must be governed by California law and litigated exclusively in the federal or state courts of Santa Clara County, California.**
**- This clause applies directly to disputes involving YouTube and its users.**

**No Requirement for Defending Alongside YouTube/Google:**
**- There is no clause in the YouTube Terms of Service that requires third parties, such as the Jacksons, to defend themselves in California simply because they are part of a lawsuit involving YouTube.**
**- The forum selection clause pertains exclusively to disputes involving YouTube and its direct users or partners and does not extend to unrelated third parties.**