1

2      James Jackson & Lucas Jackson
       8702 123rd St E, Puyallup, WA 98373
3      253-286-8311
       complexnucleus@gmail.com
4      *Pro Se*

5
                          **UNITED STATES DISTRICT COURT**
6                         **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN FRANCISCO DIVISION**
7

8      UNKNOWN PARTY

9                        Plaintiff,                    Case Number:    3:23-cv-05523-VC

10           vs.

       Google LLC, YouTube LLC, JAMES
11                                                     **MOTION FOR SANCTIONS AGAINST**
       JACKSON, also known online as "ONISION,"        **PLAINTIFF SARAH FOR MALICIOUS**
                                                       **DIRECT CONTACT AND HARASSMENT IN**
12                                                     **VIOLATION OF LEGAL PROTOCOLS**
       and LUCAS JACKSON, formerly known online
13     as "LAINEYBOT," "LAINEY" and "KAI,"

14                                                     Hon. Vince Chhabria
                         Defendants.
15

16     **INTRODUCTION**

17           Defendants James Jackson and Lucas Jackson respectfully request that this Court

18     impose sanctions against Plaintiff Sarah for engaging in harassing and malicious conduct,

       including making inappropriate direct contact with Defendant James Jackson in violation of legal
19
       protocols. Sarah's behavior, including but not limited to, her direct contact with Defendant James
20
       Jackson in an abusive and hostile manner, is inappropriate, malicious, and warrants immediate
21
       court intervention.
22
             Sarah's harassing conduct includes calling Defendant James Jackson at 6:39 AM on
23
       August 7,2024, where she wished him harm, specifically hoping that cancer would "eat [his] dick
24
       off," among other unacceptable & abusive remarks. Sarah's direct malicious contact and direct
25

                                                                                                      1

harassment violate the fundamental legal principle that a plaintiff should communicate with a defendant only through counsel once litigation has begun. **Exhibit 1** includes the full transcript of the call. The following is a screenshot showing the call time, duration, and Sarah's phone number.



Only the latter part of the call was recorded because Sarah called at an inappropriate hour, waking James from a state of rest. Due to the abruptness of the situation, it took time for James to locate a device to record Sarah's unlawful, harassing, and malicious statements. Under Washington state law (RCW 9.73.030(2)), one-party consent is permitted for recording conversations in situations that involve threats of extortion, blackmail, bodily harm, or other unlawful requests, or when such calls occur anonymously, repeatedly, or at an extremely inconvenient hour.

Sarah's call, which involved clear harassment and abusive language, falls directly under these exceptions. Her threatening and malicious behavior, including wishing cancer upon James, justifies the recording. This recording not only exposes Sarah's bad faith and malice, but also calls into question the integrity of her entire lawsuit, further validating the Defendants' claims about Sarah's fraudulent and criminal behavior. By bringing this to the Court's attention, the

recording demonstrates Sarah's deeply malicious nature, which is essential for the Court to

consider. Additionally, Sarah's profane behavior, severe lack of ethics/integrity, disregard for

basic human decency & complete lack of respect for the law is self-evident through her own

repeat and public admissions:





Meanwhile Sarah also decided to openly brag about sleeping with the man she sexually extorted,

only to later tell that man (8-7-24) he is incapable of being raped years after she repeatedly

apologized to him for raping him (via sexual extortion):



Sarah openly admitting she apologized to James Jackson for what she did to him and clearly

establishing her apologies were not sarcastic as she now baselessly claims:

3

This motion was not filed until today because a hearing had already been scheduled for the now-paused motion to dismiss. However, given that no new hearing has been scheduled and the urgent nature of this matter, it is imperative that the Court address this motion to ensure the safety of the Jackson family. The Jacksons have firsthand knowledge of Sarah's alarming admissions, which include: (1) On February 17, 2023, at 10 PM, Sarah admitted during a phone conversation that she had responded to an accusation of transmitting an STD by standing outside the accuser's home and threatening to physically assault them, demanding that they fight her on the spot; and (2) Sarah revealed that if men in Michigan began disappearing, it would be her fault, as her "dream job" was to be a "serial killer of men"—a statement she made during phone conversations with Lucas and James Jackson just before the Jacksons realized Sarah was planning to vexatiously litigate against them.

The Jacksons were in communication with Sarah with the intent to gather information about a woman named Regina, a former friend of Sarah's who had baseless claims against the Jacksons, and to further expose Sarah's own fraudulent behavior. For years, Sarah has engaged in malicious defamation and dehumanization of the Jacksons. In these conversations, Sarah described Regina's pending case against the Jacksons as "bullshit," emphasizing that Regina

1    was a complete fraud. Sarah's statements are supported by Regina's own admission that even

2    when Regina claimed to be homeless, Lucas refused to meet or be anywhere near her.

3         It is important to note that on October 1, 2021, at 2:59 PM, Lisa Haba, Sarah's attorney,

4    while consistently attempting to extort James Jackson, made it clear that Regina was the primary

5    contact driving this case. Haba herself had limited communication with Sarah, something that

6    Sarah's own disengaged attitude corroborates. On August 7, 2024, Sarah went so far as to claim

7    that the lawsuit does not exist demonstrating just how uninvolved, unaffected, and uninterested

8    she is in the litigation, according to her own words.

9         To support the recorded event where Sarah confessed to wishing she was a serial killer

10   of men and physically threatened a man in his lawn is a text from Sarah proclaiming that she

11   hates men and wants to make a specific man emotionally suffer in this conversation Sarah had

12   with Lucas long before Lucas (blue) rejected Sarah (gray) for a final time:



13

14

15

16

17

18

19

20        Sarah's conduct and statements, proclaiming she wishes she was a serial killer of men,

21   and admitting to physically showing up to men's houses threatening them physically,

22   demonstrate a deeply disturbed and dangerous individual with no regard for the law or the safety

23   of others. For these reasons and more to be stated, this motion cannot be delayed any further,

24   as the Jackson family remains at risk, Sarah having recently told James Jackson directly that she

25

hopes James Jackson suffers a deadly disease, and the Court's immediate intervention is necessary to prevent further mental, emotional and possibly physical harm.

**Jurisdictional Disclaimer:** By submitting this motion, neither James Jackson nor Lucas Jackson is subjecting themselves to the jurisdiction of California. This motion is submitted solely to address the immediate and urgent need for sanctions against Plaintiff Sarah for her improper and malicious conduct, while preserving Defendants' challenge to California jurisdiction.

## FACTUAL BACKGROUND

**Sarah's Direct Contact and Harassment:** On 8-7-24, at 6:39 AM, Plaintiff Sarah contacted Defendant James Jackson by phone from the number 269-291-2413, where she engaged in excessively hostile and abnormally abusive behavior. This call included Saraj repeatedly menacingly laughing at James, yelling at him, denying the existence of the lawsuit she filed, repeatedly calling James a "bitch", calling James an "old fucking fart", telling James Jackson repeatedly that it is impossible for him to be a rape victim/can't be raped (which is offensive, sexist & completely self-evidently untrue) and, most disturbingly, wishing harm upon him by stating she hoped that cancer would "eat [his] dick off." Or to quote Sarah directly **"You are so old and disgusting, and I hope that the skin cancer comes back dick off."** This harassing phone call was not solicited by Defendant James Jackson and violated legal protocols by circumventing her legal representation. <u>James is a two-time skin cancer survivor</u> having suffered cancer on both his face & scalp, which he had only just announced publicly for the first time hours before Sarah called him to wish for his cancer to destroy his body, possibly killing him. This deserves emphasis: Hours after James Jackson publicly announced he survived two different diagnoses of skin cancer, Sarah called him, at 6am, to tell him that she hopes his skin cancer comes back and eats his genitals off. Sarah did not hesitate to use another person's

6

cancer admission to campaign for the cancer they just survived to return. Thousands of people die from skin cancer every year in the United States, and that is the disease Sarah told James Jackson she wanted to return to him, consume him & possibly kill him, as is the nature of cancer. There are few worse things one human being can say to another. This without any question or doubt establishes Sarah is a malicious person who has nothing but bad faith in this case and is an enemy to the integrity of a just orderly legal system.

**Repeated Malicious Conduct and Admission of Past Misconduct:** Throughout the call, Sarah admitted to past misconduct, including threatening to destroy the lives of Defendants James and Lucas Jackson if they did not comply with her sexual demands. Despite her repeated admissions, she attempted to downplay her previous apologies by characterizing them as "sarcastic." The full transcript of this call, along with notes, is attached as **Exhibit 1**. The conduct demonstrated in this call is indicative of Sarah's malicious intent, bad faith, and blatant disregard for the court process. Countless legal cases have been dismissed entirely for far less bad faith than the malice Sarah has shamelessly revealed in this call towards the victims of her vexatious litigation.

**Emotional Distress and Impact on Defendants:** Sarah's conduct has caused profound emotional distress to the Defendants, particularly James Jackson. Receiving a 6 AM phone call containing malicious and deeply offensive statements, including being wished a lethal illness, is highly inappropriate and harmful. The call, filled with demeaning and hostile language, escalated when Sarah, the accused rapist, claimed that James, her victim, was incapable of being raped. This assertion further highlights that Sarah's intent was to harass, intimidate, and demean.

Had the roles been reversed, and James been the one making such a call, there would be no tolerance for such actions—swift and severe consequences would undoubtedly follow. No

one should be granted a free pass to engage in such evil and harmful behavior simply due to their gender, age, or any other social privilege. Sarah, a self-admitted criminal adult in her mid-20s, must face the real legal consequences of her actions, which cannot be excused or overlooked based on any perceived social standing or privilege.

The Defendants have already suffered emotional and psychological harm from Plaintiff Sarah's previous actions, and this ongoing harassment only exacerbates the damage. Sarah herself even recommends therapy to James Jackson in the call, and when he replies that he was in therapy, partly because of the trauma she put him through, she replied in the affirmative, for a moment acknowledging with her words and tone the torment she has subjected the Jacksons to and the destruction she has wrongfully caused in their lives all because they refused to sleep with her after she had extorted them for months and being anywhere near her became unbearable.

**LEGAL ARGUMENT**

**Direct Contact and Harassment Violate Legal Protocols:** Once litigation has commenced, plaintiffs are required to communicate with defendants through their attorneys, not directly. By directly contacting Defendant James Jackson without going through her legal counsel, Sarah violated established legal norms, further demonstrating her disregard for the rules of the court. Courts have consistently held that unauthorized direct contact between parties is improper and may warrant sanctions. In Lind v. United Parcel Serv., Inc., 254 F.3d 1281 (11th Cir. 2001), the court emphasized the importance of maintaining formal channels of communication during litigation.

**Harassment Constitutes Bad Faith Conduct:** Sarah's abusive phone call and malicious statements, including wishing cancer upon James Jackson, are clear acts of bad faith intended

to intimidate, harass, and manipulate the Defendants. The Ninth Circuit has consistently held that bad faith behavior during litigation may justify the imposition of sanctions. In Hernandez v. City of El Monte, 138 F.3d 393 (9th Cir. 1998), the court imposed sanctions on a party for engaging in harassing and abusive litigation tactics. The court held that even behavior far less egregious than Sarah's—such as the use of inappropriate language—was sufficient to warrant sanctions under Rule 11 and the court's inherent powers. Sarah's conduct, which included direct harassment and malicious intent, justifies sanctions under the same principles. Because parties have been punished for showing far less hostility or bad faith than Sarah, and considering James Jackson would most definitely be sanctioned if he behaved as she did in taking part in unforgivable acts and language, there should be no question about the sanctions which will bring the integrity of the law, our Courts and balanced justice system to the forefront of Sarah's attention. Only then will she possibly understand that you cannot abusively and fraudulently sue people, then call them up yelling and cussing at them, while wishing cancer on them.

In the present case, Sarah's conduct is far more severe than numerous other cases where sanctions were awarded, as her statements involves direct wishes of a horrible disease to destroy her victim, she uses vile language, and has clear malicious intent, which goes beyond what was sanctioned in Hernandez. The Hernandez court imposed sanctions for behavior far less harmful than Sarah's, underscoring that her conduct—intended to intimidate, manipulate, and cause emotional distress—deserves even stronger consequences. Therefore, this Court should similarly find that sanctions are warranted to deter such bad faith conduct and to maintain the integrity of these proceedings.

**Sanctions Are Warranted to Prevent Further Abuse:** The court has broad discretion to impose sanctions to deter further misconduct and to protect the integrity of the legal process. Given the egregious nature of Sarah's direct contact and harassment, sanctions are necessary

to prevent further abusive behavior and to send a clear message that such conduct will not be tolerated. If this Court does not impose sanctions, there is nothing preventing Sarah from calling James or Lucas Jackson again and wishing further physical harm upon them or engaging in other harassing/abusive behavior by Sarah (or worse). During the call, **Sarah repeatedly dismissed the reality of this legal case, pretending it does not exist and that she is not even a part of it.** It is crucial that she fully understands that this case is very real and that there are serious consequences for disrespecting the Court and for her malicious, abusive contact toward the Defendants at 6 AM.

Sarah's actions—yelling, cursing, laughing, and wishing lethal cancer upon James— violate multiple legal statutes. Under Michigan Penal Code § 750.411s (Sarah's state), it is unlawful to make harassing or threatening communications, including through phone calls, with the intent to frighten, intimidate, or harass. Additionally, Washington Revised Code § 9.61.230 (James Jackson's state) similarly makes it illegal to make repeated or threatening phone calls intended to harass, intimidate, or annoy another person. By engaging in this conduct, Sarah has violated the laws of both Michigan (where she made the call) and Washington (where James received the call), and her actions are clearly in violation of these statutes.

Furthermore, under California Penal Code § 653m, the making of harassing or threatening phone calls is prohibited, especially when such communication includes profanity, threats, or abusive language, which is relevant to this case due to the ongoing litigation. California Civil Code § 1708.7, which deals with stalking and harassment, also provides important context for understanding the seriousness of Sarah's actions.

If sanctions are not imposed, Sarah will feel emboldened to continue her malicious conduct and feel wrongfully justified in victimizing the Defendants more than she already has. Lucas Jackson has been suicidal since 2019 because of Sarah, and Sarah has shown little remorse for the damage she did to her former best friend after Lucas rejected her for a final time.

10

The Court must send a strong message that harassing, abusive, and threatening behavior, especially in the context of ongoing litigation, will not be tolerated under the law.

**Fairness and Equal Treatment Between Parties:** Had the roles been reversed, and it was James Jackson who called Sarah at 6 AM, spewing the same vile statements and wishing cancer upon her, there is no question that James would face swift and unforgiving consequences. Lisa Haba and Margaret Mabie, Sarah's attorneys, would be the first to denounce James as a monster—unforgivable, vile, deserving of incarceration, and more. Yet, because it was their client who committed these heinous acts, they will not only fail to condemn her but will actively support and enable her behavior. Instead of doing the right thing and withdrawing in shame for defending a person capable of such cruelty, they will assist Sarah in justifying her criminal acts, attempting to paint a clear villain—one who wishes lethal cancer on another human being—as somehow worthy of any defense even after showing, without any doubt, how truly malicious, consumed with bad faith they are.

If James had engaged in the same despicable behavior as Sarah, there would be no hesitation—immediate legal action, law enforcement involvement, and severe sanctions would undoubtedly follow. Men and women are equal not only in their rights but also in their responsibilities, and the consequences of their actions must reflect that equality. No one should be shielded from accountability, regardless of their gender or the malicious ambition of their legal representation. No gender is immune to lethal skin cancer, no age is immune to being deeply irreparably hurt by people wishing cancer/death on them & no balanced legal system will allow one party to walk away unscathed after severely abusing the legal system while punishing another for the exact same malicious acts. James Jackson would never call Sarah up and wish any disease on her or anyone else, that is unforgivable and psychotic. Sarah does not have the same morals, ethically or legally, and clearly does not understand basic human decency. Above

all, Sarah very clearly does not have any respect for this Court, which is a deep & regrettable mistake for her and her representatives.

This Court, committed to upholding fairness for all parties, must apply the same standard of accountability to Plaintiff Sarah as it would to any other party, including James Jackson. Sarah's malicious conduct cannot be excused or overlooked simply because she is not James. Her actions—calling at 6 AM to wish lethal cancer upon him, while insisting he is incapable of being raped—are not just cruel but reflect the behavior of someone with deep malice and disregard for the law. Sarah, the accused rapist and self-admitted criminal, must face the exact same consequences James would face if he, in such a psychopathic manner, called someone to spew the same hateful venom.

Failing to hold Sarah accountable for her harassing, abusive, and dehumanizing conduct would undermine the very principle of equal treatment under the law and would embolden further misconduct, not just from her but from others who would see such behavior go unpunished.

**REQUEST FOR RELIEF**

Based on the foregoing, Defendants James Jackson and Lucas Jackson respectfully request that the Court:

1. Impose monetary sanctions against Plaintiff Sarah for her direct contact with Defendant James Jackson and the abusive nature of the communication.

2. Issue a protective order preventing Plaintiff Sarah from directly contacting Defendants and requiring all future communications to be made through her legal counsel.

3. Refer this matter to law enforcement for further investigation, given the malicious and threatening nature of Sarah's conduct.

**CONCLUSION**

Sarah's conduct in directly contacting Defendant James Jackson to unleash a torrent of malicious harassment and uniquely abhorrent verbal abuse is not just unacceptable—it is a gross violation of legal protocols and an attack on the very principles of decency and justice. Her decision to call at 6 AM, wish lethal cancer upon James, and mock his trauma in such a vile, dehumanizing manner goes beyond harassment. It is an act of deep malice, designed to intimidate, manipulate, and inflict lasting emotional harm.

This Court cannot and should not tolerate such unrelenting cruelty and blatant disrespect for the legal process. Failing to impose sanctions would send the message that this kind of psychopathic behavior is permissible and that Sarah can continue to wield her verbal violence with impunity. No one—regardless of gender, status, or representation—should be allowed to escape accountability for such heinous actions.

Defendants respectfully implore this Court to impose appropriate and sanctions to prevent further traumatic harm, protect the integrity of the legal system, and help ensure that no one is subjected to this kind of visceral, violent abuse again.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

_/s/ Lucas Jackson_
Lucas Jackson (Pro se)
8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: 9/27/24

_/s/ James Jackson_
James Jackson (Pro se)
8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: 9/27/24

MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND
HARASSMENT IN VIOLATION OF LEGAL PROTOCOLS

## Exhibit 1: TRANSCRIPT OF CALL WITH NOTES IN GREEN

Full recording at: https://www.onision.com/post/i-just-woke-up-to-sarah-wishing-cancer-on-me
A YouTube video referencing this recording: https://www.youtube.com/watch?v=324Gmzqe27w

**Sarah:** *genuinely evil sounding laughing*
**James:** Why are you laughing?
**Sarah:** Dude I was a fucking kid! **(yelling angrily after just having laughed)**
**James:** You were an adult, Sarah. Sarah, Okay, Sarah you're an adult. You can't say that...
**Sarah:** I was a fucking teenager! I was a teenage girl you're almost 40 dude! Get hold of your life!
**James:** You just said that you were a teenager and I was 40. I'm not 40 now. **(James was 33 in January 2019, when Sarah sexually extorted him with threats to destroy his life with lies. James wrote up an agreement with an added statement that it would be against the contract to lie about any party in the agreement, and Sarah stated she would only sign if she could "do stuff" with Lucas/James and "got what (she) wanted", again referencing sexual acts that they would be forced to take part in, or she would be able to lie about them freely and they would lose everything)**
**Sarah:** You're almost 40 years old and you're still talking about shit that happened with a teenage girl five years ago. **(5 years ago Sarah was 19, when she made this call, she was in her mid-20's )**
**James:** Did you, yes because you're suing me
**Sarah:** Are you going to therapy? Because if not, you need to!
**James:** Well, after the trauma you put us through, I went through therapy, yeah. But guess what?
**Sarah:** Oh that's good. **(sounding genuinely happy James is got therapy all while being educated that she inflicted trauma upon James & Lucas)**
**James:** Guess what Sarah?
**Sarah:** What?
**James:** You apologized for raping us twice, you cannot get around that. You've said sorry for raping us two times.
**Sarah:** *Sarah pauses* **Dude, it was sarcastic. (again, admitting it happened, only changing the context since 2019)**
**James:** How do you apologize...
**Sarah:** Because it was ridiculous.
**James:** How do you apologize for raping someone sarcastically Sarah right after they dumped you?
**Sarah:** Because it was so ridiculous the notion that I could have even been capable of raping you!
**Sarah:** **You got like 50 pounds on me bitch!** **(Again, Sarah openly stating that if you are heavier than someone, she feels you cannot be raped. Sarah is missing the point entirely. James only accused Sarah of physically raping Lucas and additionally accused Sarah of being guilty of sexual extortion against both him and Lucas, which is synonymous with rape, which Sarah apologized for, repeatedly. The point James made in July 2019 directly to Sarah, when he refused to sleep with Sarah or be with her, was that she had sexually extorted both Lucas and James by threatening to destroy their lives. Sarah specifically confessed publicly that in January of 2019 that she told James and Lucas she would not sign no-lying agreement unless she "got what (she) wanted" and could "do stuff" with them. Sarah confessed to a large public audience that she sexually extorted/raped James & Lucas Jackson, and years later, is trying to frame it as if James had accused her of**

MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND
HARASSMENT IN VIOLATION OF LEGAL PROTOCOLS

physically raping him, when in fact, she physically raped Lucas, and sexually extorted both James & Lucas. Sexual extortion is rape, when this was explained to Sarah initially, she apologized twice for it and stormed off, however time has proved that Sarah has no problem changing her story, while James has the text history, witnesses, Sarah's public confessions and the same story as when it happened.). For context:



← Tweet

**Sarah**
@notsolillioness

remember when you made me feel so guilty that I was sobbing while holding you and begging for you to forgive me?

I bet that made you feel powerful..

do you feel powerful now?

5:10 · 04 Sep 19 · Twitter for iPhone

83 Retweets   1,149 Likes

(again, Sarah knows she apologized in a serious context, however when something Sarah did is not convenient, she just calls them "sarcasm" or "jokes" despite them being, often, private extremely serious instances with no logical place for sarcasm of jokes)

**James:** Did you or did you not say that you could destroy our lives if you wanted to?

**Sarah:** What?

**James:** You said you could destroy us if you wanted to. You said it to Luke, and you said it to me.

**Sarah:** *long pause* **As a joke!? Sure, I probably did.** (Sarah confesses, once again, she threatened to destroy James/Lucas's life, just like James said she did. She just changes the context and makes things a "joke" despite the text history, the witnesses & her own public statements confirming it was never a joke to her. Again, Sarah confirming she had all the power over James/Lucas lives and the ability to destroy it with lies as she knew there was a community of people online begging her to lie about us so they could make it so James/Locas would lose their full ability to provide for the Jackson family as they had before with the loss of income on numerous online platforms, who would consequently ban the Jacksons if Sarah did in fact lie about them due to the climate of the culture at the time/zero accountability with gathering evidence before making decisions. YouTube above all, rushed to the rapist Sarah's side, and punished Sarah's victim, James Jackson, despite James being not only innocent, but a victim of Sarah's sexual extortion)

**James:** Sarah. Sarah.

**Sarah:** And Luke would make those fucking jokes to me too! Luke would make those jokes to me too. He literally told me "You know so much about me like... you know, it's a good thing that you would like never you know... if we ever got in a fight I'm fucked or whatever." Like Luke would make those jokes to me too (confirming no one would believe Luke or James if Sarah decided to lie about them to the public/that Sarah had all the power) so I don't know what

MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND
HARASSMENT IN VIOLATION OF LEGAL PROTOCOLS

you're trying to do with that. I called you because I want you to leave me alone.
**James:** Sarah you're... Sarah...
**Sarah:** It has been five years.
**James:** You're suing me.
**Sarah:** *in a goofy voice* I don't know anything about that. *Sarah laughs* (indicating Sarah does not actually care about this lawsuit at all, considering she is claiming to not even know about it)
**James:** Then back out of it because when you sue someone they're going to defend themselves.
**Sarah: <span style="color:red">I want to be left alone bitch!</span>**
**James:** Then stop suing people.
**Sarah:** *long pause* I don't even! *Sarah laughs* Oh my god!
**James:** You are suing me for $5 million. You should probably contact your lawyer and stop suing me if you want me to stop defending myself.
**Sarah:** *strangely long pause* <span style="color:green">(now in an oddly serious tone)</span> ...you have no defense. *Sarah laughs*
**James:** I have what?
**Sarah:** If your defense is that I raped you you have no defense. *Sarah laughs again* Like, your defense is a lie.
**James:** Okay, so you do know that you're suing me, and you do... You do understand: It's... It's myself as a witness, everybody here <span style="color:green">(People the Jacksons know in Washington State)</span> is a witness. Multiple people against you, numerous texts. And your defense is... like you just admitted to me that you apologize for raping me and your defense is "I was joking".
**Sarah:** *long pause* It was sarcastic because it was so ridiculous to me that you would ever even say that. James: You... so you admit that you apologize for raping me. That's the thing. You can't say. "Oh, I was joking." Nobody jokes about...
**Sarah:** I never apologized dude! There's a difference between an apology and being like, "Oh, wow sorry I fucking killed your dog!" when you didn't kill someone's do... like...
**James:** Alright... <span style="color:green">(pausing to inform Sarah she has reinvented past events completely and James has the witnesses, texts, video confessions of Sarah interviews etc to prove everything he's saying)</span>
**Sarah:** *in disturbing amused tone* If you want to get into analogies because I know you love those yeah...
**James:** So, so if you're brain... if your brain functions normally... and you do recall...
**Sarah:** Yours doesn't! *Sarah laughs*
**James:** Yeah I get it you like gaslighting me, but...
**Sarah:** *Sarah in laughing tone* Yeah in yeah!
**James:** If you...
**Sarah:** GASLIGHTING BRO! *Sarah laughs genuinely insanely* <span style="color:red">You're such an old fucking fart!</span> *still laughing, but now quite literally like the wicked witch of the west from the Wizard of Oz*
**James:** *long pause* ...ok.
**Sarah:** Dude leave me alone! <span style="color:red">You are so old and disgusting and I hope that the skin cancer comes back dick off.</span> Like, on God. *Sarah hangs up*