EXHIBITS FOR REPLY TO PLAINTIFFS' OPPOSITION/RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND HARASSMENT

**EXHIBIT 1**






EXHIBITS FOR REPLY TO PLAINTIFFS' OPPOSITION/RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND HARASSMENT

**EXHIBIT 2**




**EXHIBIT 3**






EXHIBITS FOR REPLY TO PLAINTIFFS' OPPOSITION/RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND HARASSMENT

WE WERE FRIENDS BEFORE I FELL IN LOVE WITH YOU. Why the fuck would I stay friends with someone for FOUR YEARS to only try and date them when I knew I never had a chance with them?! I have known for two years it was out of the question not just when I was 16/17 but even after I was 18. Greg made it painfully clear multiple times that pigs would fly before I would ever come close to having a chance with you even after my 18th birthday. And guess what I did? I STAYED BECAUSE YOURE MY BEST FRIEND AND I LOVE YOU. Like I don't

**EXHIBIT 4**

Sarah Retweeted

sssss @suckmysoul · Sep 10
self care is officially over we're doing cocaine now
197 30.4K 86.6K

Sarah @notsolillioness · Sep 12
. @onision I hate you & I hate Kai too. You're both disgusting. You took me in as a child who looked up to you guys and completely fucked me up in the head for YEARS. Only to fuck me the first chance you got after I turned 18. Burn in hell.
132 664 5.6K

**EXHIBIT 5**

**The Jacksons urge the Court to recognize the overwhelming evidence provided, while the Plaintiffs have consistently failed to offer anything credible. Here, Sarah admits to begging James Jackson for forgiveness during her last visit, her last visit being the same time she apologized for raping James and Lucas Jackson through sexual extortion, and Lucas Jackson through additional force.**

boo 🦋 @notsolillioness · Sep 4, 2019
this is so freeing omg I really can just say whatever I want now
57 29 1.1K

boo 🦋 @notsolillioness · Sep 4, 2019
remember when you made me feel so guilty that I was sobbing while holding you and begging for you to forgive me?

I bet that made you feel powerful..

do you feel powerful now?
47 88 1.2K

boo 🦋 @notsolillioness · Sep 4, 2019
talk your way outta this one bitch🤪

EXHIBITS FOR REPLY TO PLAINTIFFS' OPPOSITION/RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND HARASSMENT

## EXHIBIT 6

**2-17-23 – Sarah states she frequently does drugs. She states she was accused of giving someone an STD. Sarah said she could see herself becoming a serial killer of men. She said if men start getting killed in Michigan that it is probably her. She said she did more illegal drugs, like LSD and while being a waitress, she did cocaine on the job. She accused her mom of providing her alcohol while she was underage going "shot for shot".**

### Conversation with S from 10:05 PM-12:10 PM:

She is anxious to talk to me because she doesn't want James to think that means that they have open communication now and that she doesn't want him to use us talking as a means to say that everything is fine. She told me that she frequently smokes a joint while driving. She was talking about a guy telling everyone she gave him chlamydia and I said that I don't get why people air out their laundry on social media and told a story my sister told me about a guy we went to high school with admitting that he talked to underage girls. She went silent and then said that she had zoned out. I have the screenshots of what my sister sent me of that Facebook posts to prove that I was not talking about us. She also said she could see herself becoming a serial killer for men who are bad and if people start getting killed in Michigan that it's probably her. She also said she has done LSD twice and that when she was a waitress she would do coke before waiting tables. She reminded me how she would go "shot for shot" with tequila at the parties her mom threw with college guys when she was a teenager.

I told her that we didn't have to talk if she was uncomfortable and we agreed to revisit it sometime this weekend

## EXHIBIT 7

EXHIBITS FOR REPLY TO PLAINTIFFS' OPPOSITION/RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND HARASSMENT

**Transcript of the cancer call Sarah made to the asleep James Jackson 8-7-24 at 6:39 AM**
**Sarah:** *laughing*
**James:** Why are you laughing?
**Sarah:** Dude I was a fucking kid! (yelling angrily after just having laughed)
**James:** You were an adult, Sarah. Sarah, Okay, Sarah you're an adult. You can't say that...
**Sarah:** I was a fucking teenager! I was a teenage girl you're almost 40 dude! Get hold of your life!
**James:** You just said that you were a teenager, and I was 40. I'm not 40 now.
**Sarah:** You're almost 40 years old and you're still talking about shit that happened with a teenage girl five years ago.
**James:** Did you, yes because you're suing me
**Sarah:** Are you going to therapy? Because if not, you need to!
**James:** Well, after the trauma you put us through, I went through therapy, yeah. But guess what?
**Sarah:** Oh, that's good.
**James:** Guess what Sarah?
**Sarah:** What?
**James:** You apologized for raping us twice, you cannot get around that. You've said sorry for raping us two times.
**Sarah:** *Sarah pauses* Dude, it was sarcastic.
**James:** How do you apologize...
**Sarah:** Because it was ridiculous.
**James:** How do you apologize for raping someone sarcastically Sarah right after they dumped you?
**Sarah:** Because it was so ridiculous the notion that I could have even been capable of raping you!
**Sarah:** You got like 50 pounds on me bitch!
**James:** Did you or did you not say that you could destroy our lives if you wanted to?
**Sarah:** What?
**James:** You said you could destroy us if you wanted to. You said it to Luke, and you said it to me.
**Sarah:** *long pause* As a joke!? Sure, I probably did.
**James:** Sarah. Sarah.
**Sarah:** And Luke would make those fucking jokes to me too! Luke would make those jokes to me too. He literally told me "You know so much about me like... you know, it's a good thing that you would like never you know... if we ever got in a fight I'm fucked or whatever." Like Luke would make those jokes to me too so I don't know what you're trying to do with that. I called you because I want you to leave me alone.
**James:** Sarah you're... Sarah...
**Sarah:** It has been five years.
**James:** You're suing me.
**Sarah:** *in a goofy voice* I don't know anything about that. *Sarah laughs*
**James:** Then back out of it because when you sue someone, they're going to defend themselves.
**Sarah:** I want to be left alone bitch!
**James:** Then stop suing people.
**Sarah:** *long pause* I don't even! *Sarah laughs* Oh my god!
**James:** You are suing me for $5 million. You should probably contact your lawyer and stop suing me if you want me to stop defending myself.
**Sarah:** *Strangely long pause* ...you have no defense. *Sarah laughs*
**James:** I have what?
**Sarah:** If your defense is that I raped you, you have no defense. *Sarah laughs again* Like, your defense is a lie.
**James:** Okay, so you do know that you're suing me, and you do... You do understand: It's... It's myself as a witness, everybody here is a witness. Multiple people against you, numerous texts. And your defense is... like you just admitted to me that you apologize for raping me and your defense is "I was joking".
**Sarah:** *Long pause* It was sarcastic because it was so ridiculous to me that you would ever even say that.
**James:** You... so you admit that you apologize for raping me. That's the thing. You can't say. "Oh, I was joking." Nobody jokes about...
**Sarah:** I never apologized dude! There's a difference between an apology and being like, "Oh, wow sorry I fucking killed your dog!" when you didn't kill someone's do... like...
**James:** Alright...
**Sarah:** If you want to get into analogies because I know you love those yeah...
**James:** So, so if you're brain... if your brain functions normally... and you do recall...
**Sarah:** Yours doesn't! *Sarah laughs*
**James:** Yeah, I get it you like gaslighting me, but...
**Sarah:** *Sarah in laughing tone* Yeah in yeah!
**James:** If you...
**Sarah:** GASLIGHTING BRO! *Sarah laughs aggressively* You're such an old fucking fart! *Still laughing* *long pause*
**James:** ...ok.
**Sarah:** Dude leave me alone! You are so old and disgusting, and I hope that the skin cancer comes back and eats your dick off. Like, on God.

**EXHIBIT 8**

EXHIBITS FOR REPLY TO PLAINTIFFS' OPPOSITION/RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND HARASSMENT

NOTICE - Sarah v. Google, et. al. - Mtn for Contempt Against James Jackson

X Court ×

**Lisa Haba** lisahaba@habalaw.com via habalawfirm.onmicrosoft.com Jun 22, 2024, 10:14 PM

to complexnucleus@gmail.com, Margaret, Cassandra, Andrea, Amit, Benjamin, Brian, Robert

Mr. Jackson,

This email is to notify you that on Monday, June 24, 2024, Plaintiffs' counsel will file the attached Ex Parte Motion, Affidavit, and Exhibit.

We have scheduled the hearing for July 18, 2024 at 10:00am. We intend to request that the Court allow us to proceed by Zoom, which if permitted, would moving the hearing to 2:00pm on the same day. Please advise if you have any scheduling concerns with the date.

Lisa D. Haba
Partner, The Haba Law Firm, P.A.
(844) HABA-LAW | lisahaba@habalaw.com
www.habalaw.com
1220 Commerce Park Drive, Suite 207, Longwood, FL 32779

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**3 Attachments** • Scanned by Gmail




**EXHIBIT 9**

Title

Someone just called from Michigan saying "do you know what's it's like to be a dumb bitch"? With a girl who sounded like Sarah laughing in the background.

I said "Is that all?"

They said "Oh I have a lot to say if you got the time"

I said "I don't know who this is"

And hung up.

+1 269[redacted]6

Add note

Show your voicemails?

Show

April 29

9:36 PM
Incoming call, 0 mins 33 sec

EXHIBITS FOR REPLY TO PLAINTIFFS' OPPOSITION/RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND HARASSMENT

**EXHIBIT 10**




**EXHIBIT 11**



Sarah @notsolillioness · Sep 3
rip

you actually are, but we are not sick like you, we just want to live our lives, and you, a blackmailing, lying, child-harming rapist? We never should have offered to help you as we did for years. As you admitted, not grooming you ever, at any point.

85 50 681

Show this thread

Sarah @notsolillioness · Sep 3
damn he mad

you did) but also raped Kai when he flirted with you as an adult from a far, but said he was uncomfortable repeatedly to you in person. You knew he was uncomfortable, and did what you did anyway. You forced him.
4. You said you hated Ayalla for saying she wanted to have sex

kiss you.

And now you're going on a public campaign with no one knowing you are a rapist, and we suffer silently as you get praised for being a criminal liar, a rapist & a blackmailer.

because you would do anything to sleep with Kai, again, even without his consent. You joined the people who talk about us obsessively after lying and saying you hated them/would never become like them.
5. We haven't gone public about your blackmail, sexual extortion and rape because we

the NDA despite all this because unlike you, we are honest. We respect the legal agreement you publicly admitted to breaking (admitting you are a liar in the worst way). You may also want to pass on the fact you admitted to doing cocaine in your home state to your audience and your

170 107 924

I did cocaine. Use it against me.

48 20 775

Sarah @notsolillioness · Sep 3
Just wait until I get off work. You do NOT scare me, pussy.

26 26 750

Sarah @notsolillioness · Sep 3
ur pathetic @onision

[redacted]

Today 11:58 AM

I want you to know, I have never seen Kai hurt this much. The damage you did, I can't believe you would hurt Kai & the kids like this. What you did hurt everyone in the house.

Today 6:25 PM

174 98 1K

Sarah @notsolillioness · Sep 3
EAT MY ASS GREG

27 44 729

EXHIBITS FOR REPLY TO PLAINTIFFS' OPPOSITION/RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFF SARAH FOR MALICIOUS DIRECT CONTACT AND HARASSMENT

**EXHIBIT 12**

**(Jackson’s swearing under penalty of perjury on the document Lisa Haba seems to imply has no validity due to a supposed lack of swearing under penalty of perjury)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.