James Jackson & Lucas Jackson
8702 123rd St E, Puyallup, WA 98373
253-286-8311
complexnucleus@gmail.com
*Pro Se*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNKNOWN PARTY<br><br>Plaintiff,<br><br>vs.<br>Google LLC, YouTube LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>Defendants. | Case Number: 3:23-cv-05523-VC<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR SANCTIONS AND REPLY**<br><br>Hon. Vince Chhabria |

We, James Jackson and Lucas Jackson, being duly sworn, hereby declare the following under penalty of perjury under the laws of the United States:

1. **Truthfulness of Documents Submitted:**

A. We affirm that the Motion for Sanctions Against Plaintiff Sarah for Malicious Direct Contact and Harassment in Violation of Legal Protocols filed on September 27, 2024, is true and correct to the best of our knowledge and belief. This motion outlines Plaintiff Sarah's inappropriate, harassing, and malicious behavior, which included direct contact

with James Jackson in violation of legal protocols and her malicious statements, including wishing cancer upon him during a completely inappropriate 6am phone call.

B. Additionally, we affirm that the Reply to Plaintiffs' Opposition/Response to Defendants' Motion for Sanctions Against Plaintiff Sarah submitted on October 12, 2024, is also true and correct to the best of our knowledge and belief. This reply addresses the Plaintiffs' opposition and provides further evidence and legal arguments justifying our motion for sanctions. It details the continuing misconduct by Sarah, as well as the procedural distractions employed by Lisa Haba to divert attention from Sarah's criminal and unethical actions.

**1. Key Points:**

A. Sarah's phone call on August 7, 2024, at 6:39 AM, which was malicious in nature, violated legal protocols and included abusive and threatening language aimed at causing lifelong emotional distress (I will never forget Sarah calling me at 6 am just to tell me that she hopes I get cancer again and that she hopes severe damage will be inflicted on my genitals, absolutely horrific).

B. Sarah has repeatedly engaged in harassing behavior, including, but not limited to, direct threats (wishing cancer and the destruction of genitals on another person is extremely threatening), abusive language, and malicious intent, as demonstrated in both her communications and public statements.

C. The evidence provided, including the recorded phone call, supports the claims of malicious intent, threats of bodily harm, and ongoing harassment by Sarah, justifying sanctions and protective orders to prevent further harm to us and our family.

D. We assert that the actions taken by Sarah are in bad faith and are an abuse of the legal process. Her behavior constitutes clear violations of ethical, legal and basic human decency standards.

**2. Necessity of Sanctions and Protective Orders:**

A. The ongoing harassment and emotional distress caused by Sarah’s actions require immediate intervention by the Court in the form of sanctions and protective orders. These measures are necessary to prevent further abuse and ensure the safety and well-being of our family.

B. The Court should impose appropriate sanctions to send a message that such behavior, especially within the context of ongoing litigation, will not be tolerated.

**3. Jurisdictional Disclaimer:**

A. By submitting this affidavit, we do not waive our right to dispute jurisdiction in this case. This affidavit is submitted solely for the purpose of supporting our motion for sanctions and reply and addressing the urgent need for protective orders.

**We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Respectfully submitted,

/s/ Lucas Jackson

Lucas Jackson (Pro se)

8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: October 12, 2024

/s/ James Jackson

James Jackson (Pro se)
8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: October 12, 2024

U ni te