**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

**EXHIBIT 1:** Objection to Cameras in the Courtroom Pilot Project 3:23-cv-05127-JD



Objection To Separate Case: 3:23-cv-05127-JD  ∑

**Complex Nucleus** <complexnucleus@gmail.com>     Sat, Nov 2, 8:59 AM (2 days ago)  ☆  ☺  ↩  ⋮
to cameras ▾

Attached is our formal objection to recording in a separate case under the Cameras in the Courtroom Pilot Project.

Neither I, James Jackson, nor Lucas Jackson were made aware of this project until recently. My spouse and I have been unjustly framed and monetarily exploited by Regina Alonso, and we do not deserve to be subjected to further harm by her pursuit of fraudulent gain.

Thank you for your understanding and consideration.

Sincerely,
James Jackson

**One attachment** • Scanned by Gmail ⓘ

📄 Regina Case - CA...

**EXHIBIT 2:** Objection to Cameras in the Courtroom Pilot Project 3:23-cv-05523

Objection To Video Recording - 3:23-cv-05523 - James & Lucas Jackson  ∑     ✕  🖨  ⧉

**Ⓒ**   **Complex Nucleus** <complexnucleus@gmail.com>     Sat, Nov 2, 8:33 AM (2 days ago)  ☆  ☺  ↩  ⋮
to cameras ▾

Please find attached our formal objection to any recording of the proceedings. The attached document outlines the reasoning which can be supported by extensive evidence available upon request. Additionally, we respectfully request that no part of this case be made public due to the ongoing exploitation and monetization of sensationalized and unfounded rumors about the Jacksons.

Thank you for your consideration.

Sincerely,
James Jackson

**One attachment** • Scanned by Gmail ⓘ

📄 Sarah Case - CAND-Objection-to-Video-Recording-2018.pdf
156 KB
⬇ ⓐ

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

**EXHIBIT 3:** Kevin Blumberg stating no request for Cameras in the Courtroom has been made in case 3:23-cv-05523

Clerk's Office Response re: Objection to Video Recording - - 3:23-cv-05523 - James & Lucas Jackson



**CAND Cameras**     7:17 AM (59 minutes ago)

to me, CAND

Hello Sir,

We received your Objection to Video Recording. However, no request has been made yet in this case, so your objection will not be filed on the case docket. Parties may submit an objection to video recording within 7 calendar days of the date that a Notice of Request for Video Recording is filed in a case.

Here is a link to the procedures for the Cameras in the Courtroom program: http://cand.uscourts.gov/cameras

Kevin Blumberg
For CAND Camera Program

---

**From:** Complex Nucleus <complexnucleus@gmail.com>
**Sent:** Saturday, November 2, 2024 8:45 AM
**To:** CAND Cameras <cameras@cand.uscourts.gov>
**Subject:** Re: Objection To Video Recording - 3:23-cv-05523 - James & Lucas Jackson

<mark>**CAUTION - EXTERNAL:**</mark>

**EXHIBIT 4:** Kevin Blumberg stating no request has been made for Cameras in the Courtroom for case 3:23-cv-05127-JD

Clerk's Office Response re: Objection to Video Recording - Case: 3:23-cv-05127-JD

**CAND Cameras**     7:16 AM (1 hour ago)

to me

Hello Sir,

We received your Objection to Video Recording. However, no request has been made yet in this case, so your objection will not be filed on the case docket. Parties may submit an objection to video recording within 7 calendar days of the date that a Notice of Request for Video Recording is filed in a case.

Here is a link to the procedures for the Cameras in the Courtroom program: http://cand.uscourts.gov/cameras

Kevin Blumberg
For CAND Camera Program.

---

**From:** Complex Nucleus <complexnucleus@gmail.com>
**Sent:** Saturday, November 2, 2024 8:59 AM
**To:** CAND Cameras <cameras@cand.uscourts.gov>
**Subject:** Objection To Separate Case: 3:23-cv-05127-JD

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

**EXHIBIT 5:** Sarah described how she refused to sign a non-disclosure agreement (NDA) that would prohibit her from making false statements about the Jacksons unless they agreed to perform sexual acts with her. She had previously stated that she could 'destroy (their) lives' if she chose to, and on August 7, 2024, she stated "As a joke!? Sure, I probably did." threaten to destroy their lives, referencing this same period, and again using the word "Joke" interchangeably with actual intent considering Sarah did in fact follow through with destroying the Jackson's lives when James Jackson, after Lucas Jackson, refused to sleep with her. Sarah confirms on the police report that James Jackson did in fact dump her for blackmailing James and Lucas Jackson into sleeping with her.



**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



**EXHIBIT 6: (PART 1)** Sarah publicly confesses she did in fact apologize an extremely serious context for sexually extorting the Jacksons.



**(PART 2)** Sarah openly brags about sleeping with Onision, leaving out that she was dumped early in her visit as James Jackson found it unbearable to be extorted by her any longer. Comparing her statements then, to her new statements, it further supports the fraud by the plaintiff, and clear sole interest in financial profit, showing no actual interest in truth or integrity:

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



**EXHIBIT 7:** Sarah establishes she has the sole power to destroy the Jackson's lives on January 5, 2019. Sarah additionally stated she could destroy their lives in person as well.



**EXHIBIT 8:** Regina launched a Twitter to promote her sex work in the middle of the defamation campaign against the Jacksons.

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



**EXHIBIT 9:** One of the leads in the public investigation of the Jacksons realized Regina and Sarah are frauds, and began reporting their obsession with monetizing their defamation of the Jacksons:



**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

On Sat, Jun 20, 2020 at 3:13 AM Vincent Nicotra · `        `@hansenvspredators.com> wrote:

Chris is lying. I know he has been working on selling the story when I was working with him. He was in negotiations back in December. I advised against it because I started questioning the truth about your allegation. I felt it was a cash grab when Regina and Sarah wanted to be paid and advertised. Then Sarah gets a talent manager. You have the screenshots

-------- Original message --------
From: James <`        `@gmail.com>
Date: 6/19/20 11:09 PM (GMT-05:00)
To: Vincent Nicotra · `        `@hansenvspredators.com>

**EXHIBIT 10:** Sarah trying to coordinate how she can receive more money off defaming the Jacksons.



**EXHBIT 11: (PART 1)** Sarah accused a man named "Kourtney" of rape around 6/14/2018, yet despite Sarah's claims that Kourtney raped her, she has taken no police or civil action against him. When Sarah was defaming the Jacksons, James publicly addressed the fact she is a serial accuser while also discussing his fear of her due to her extensive history of lying about people. Here is part of the conversation where Sarah discusses the man who according to her, violated her:

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



**(PART 2)** Following James Jackson's remarks about her pattern of accusations, Sarah raised $1,500 through a GoFundMe campaign, further capitalizing on her defamation of the Jacksons. The laptop Sarah sought to replace was originally purchased from Lucas Jackson for $250. Despite charging $1,500 to replace a $250 laptop, Sarah alleged that it contained illegal content—a claim that the FBI later disproved, confirming to the Pierce County Police Department that no illegal content was present. This incident is one of many instances illustrating Sarah's pattern of deception, her lack of respect for the law, and her apparent lack of remorse for such fraudulent actions.

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



**Laptop For Sarah**

GREG MADE MONEY OFF A VIDEO TALKING IN GRAPHIC DETAIL ABOUT MY RAPE. FUCK OUTTA HERE IM DONE FEELING LIKE SHIT OVER ASKING NICELY FOR HELP ONE TIME. I JUST WANT TO GO TO

$1,500 raised
102 donations

Share

The organizer has currently disabled new donations to this fundraiser.

Laptop ForSarah is organizing this fundraiser.

I opened this to help my sister get a laptop for school while the FBI has her laptop for evidence in the ongoing investigation into the pedophile, abuser, and groomer Onision. No explanation needed, protect and help Sarah. All is appreciated, even just positive energy.

Amanda Fields
$10 • 36 mos

Ricky Mayberry
$10 • 36 mos

Kaalyn Garrison
$5 • 36 mos

Anat Anikolauesi
$50 • 36 mos

Anonymous
$5 • 36 mos

See all     See top donations

**Organizer**

Laptop ForSarah
Organizer
Detroit, MI

Contact

**Words of support (27)**

Please donate to share words of support.

**(PART 3)** As evidenced by the FBI's findings, Sarah's claim that the laptop contained illegal content was false. This further demonstrates her pattern of willfully wasting the resources of law enforcement and the Court with baseless allegations, underscoring her history of malicious and bad-faith actions. Notably, attorney Lisa Haba had access to these documents as early as 2021 yet proceeded with this case, despite clear evidence of fraudulent behavior by Sarah and Regina. FBI Incident #: 2101900529.1, dated 1/12/21.

Prior to contacting any of the potential victims, I contacted FBI Special Agent Mendoza, who had been conducting a separate, federal investigation into the allegations. I was aware the FBI had previously taken possession of a laptop computer from Sarah that may have been used to transmit Child Sexual Abuse Material(CSAM) from Jackson to Sarah SA Mendoza told me the FBI investigation had so far not been able to conclude any criminal activity had taken place. SA Mendoza told me she had been in contact with Alonso and advised me Alonso had not reported being the victim of any crime in Pierce County or Washington State.

**EXHIBIT 12:** Sarah continued to accept donations while her defamatory campaign against the

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

Jacksons persisted, causing ongoing harm to their lives.



**EXHIBIT 13:** On January 22, 2021, James Jackson documented key points from a nine-hour phone conversation with Sarah that concluded around 1 a.m. Sarah's time. This conversation revealed numerous details regarding Sarah's bad-faith motives, abusive behavior, and fraudulent actions. The only recorded call occurred when Sarah contacted James at an inconvenient hour (6 a.m.), during which he legally recorded her statements in accordance with Washington state law. In this August 7, 2024, call, Sarah expressed a wish for James's cancer to return and specifically to destroy his genitals. This recorded call, confirming the extent of Sarah's disturbing behavior, supports the credibility of James Jackson regarding statements reciting prior conversations.

EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST
FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS
3:23-cv-05523-JD

## Confirmed by Sarah over a 9 hour phone conversation with Onision

the conversation started January 22, 2021 and ended around 1am her time, it continued
later that morning only to end with Sarah's sister taking the phone away and screaming
that she was happy Sarah ruined his life while refusing to give the phone back to Sarah

### SARAH'S PHONE CONFESSIONS DURING COVERSATION 1-22-2021:

**-** The fraudulent #MeToo'ers were paid to participate in
the documentary.

**-** Sarah now has enough money to "Make a down
payment on a house"

**-** Sarah again admitted to apologizing twice for raping
Onision via sexual extortion.

**-** Sarah made it clear the documentary had her sign a
contract of silence so she could not "legally" reveal how
much the fraud #MeToo'ers were compensated to be
involved.

**-** Sarah stated she truly hates both Shiloh & Regina (the
other fake #MeToo'ers)

**-** Sarah admitted Regina & Shiloh are frauds.

**-** Sarah admits she herself intentionally mislead people
to make Onision look bad.

**-** Sarah again admits she was kicked out of Onision's life
for comitting a crime against Onision.

**-** Sarah admits she blatantly went out of her way to
silence Onision/prevent interviews from happening so he
could not deliver facts/evidence.

**-** Sarah admits the laptop she had and mislead people
about, in fact had nothing on it.

**-** Sarah admits she only turned her laptop in because the
internet pressured her to. Confirming she defrauded
countless people to replace the laptop via GoFundMe,

not revealing to them the laptop she turned in had
nothing on it.

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

**EXHIBIT 14: PART 1** Lisa Haba has publicly promoted the cases of Sarah and Regina Alonso, frequently participating in monetized YouTube videos to highlight her law firm while persistently portraying the Jacksons in a negative light, despite the FBI and police findings that have already cleared them.



**PART 2:** Lisa Haba has publicly discussed her firm's pursuit of Twitter, another large company her firm sought financial compensation from. However, as the following public admission shows, the case did not succeed at the Ninth Circuit Court of Appeals due to Section 230 immunity. This outcome demonstrates that Lisa Haba is fully aware of the broad protections provided by Section 230, yet she continues to engage in litigation that strains judicial resources. Allowing additional public exposure, such as Cameras in the Courtroom, would only serve her aim to exploit the court system for publicity, even while she claims her clients desire privacy.

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



Don't wait any longer. Call us today. **844-HABA-LAW (844-422-2529)**

# 9th Circuit Court Issues Ruling in 'John Doe #1 and John Doe #2 v. Twitter, Inc.'

**MAY 3, 2023**

**ORLANDO, FL [Press Release] (May 3, 2023) –** The Haba Law Firm, The National Center on Sexual Exploitation Law Center, and The Matiasic Firm responded to the 9th Circuit Court of Appeals *ruling* in *John Doe #1 and John Doe #2 v. Twitter, Inc.*:

*This lawsuit alleges that Twitter, by its own written admission, knowingly possessed and broadly distributed child sex abuse material (or child pornography). As a result, child sex abuse material of two 13-year-old boys was viewed, shared, and downloaded hundreds of thousands of times through the Twitter platform.*

*Twitter has never challenged these facts. Instead, from the beginning of this case Twitter has argued that it is 100% immune from civil liability because of Section 230 of the Communications Decency Act. But Congress never intended to give technology companies immunity for knowing violations of the laws protecting victims of child pornography and sex trafficking.*

*Today's decision is now the first from a federal appellate court to rule that Section 230 gives civil immunity to technology companies for CSAM. The decision is a setback, but not a final outcome. We will continue to pursue justice for our clients who have been harmed by Twitter's irresponsible conduct. We look forward to the next steps in this important litigation as we continue to seek to provide our clients their day in court.*

More information can be found at: https://endsexualexploitation.org/twitter/.

<u>**About The Haba Law Firm, P.A.**</u>
The Haba Law Firm is a law firm in Greater Orlando area of Florida, that provides excellence in civil litigation on behalf of human trafficking and sexual abuse survivors. Haba Law prides itself on its aggressive and effective representation, honesty, and trauma-informed, victim centered advocacy. The unparalleled knowledge and experience with human trafficking and sexual abuse has resulted in partner Lisa Haba receiving numerous awards and recognitions for her work with survivors of human trafficking and sexual abuse.

<u>**About National Center on Sexual Exploitation (NCOSE)**</u>
Founded in 1962, the National Center on Sexual Exploitation (NCOSE) is the leading national non-partisan

13

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

**EXHIBIT 15:** A YouTuber, previously dismissed from an entertainment show in association with his extreme controversies, trespassed on the Jacksons' property and was instructed to leave after the police were called. Following this incident, he began collaborating with Lisa Haba to further harass and defame the Jacksons.

 NBC News



'To Catch a Predator' host Chris Hansen arrested over $13,000 in bounced checks

"To Catch a Predator" host Chris Hansen was arrested Monday after he allegedly wrote bad checks to a vendor he owed money to, according to...

Jan 16, 2019

**EXHIBIT 16:** Lisa Haba initially made it clear that if James Jackson did not pay her or her clients $400,000, she would pursue additional actions against the Jacksons through vexatious litigation.



James <onision@gmail.com>
to me

Thu, Sep 23, 2021, 4:58 AM

(407) 494-8269

Orlando Florida

Call 11:05 AM

25 Minute Call

Greg & Hana call to state that the people they represent, Sarah & Regina, demand "$200,000 each" in exchange for them not taking James to court in "two different states"

James states he does not have the money, proves it by showing debts of over $500,000 recently paid to the government & bank account of under $10,000 (2 different combined personal accounts)

Greg & Hana state they will call James back the following day to see what further option they can find to resolve the issue with Sarah & Regina, Sarah who is guilty of sexually extorting James in the past, admitting it publicly in a live stream.

The complaint against James was that Sarah claims she is not a criminal, and James claimed that she was, problem is, Sarah already admitted publicly on her Twitter that she is a criminal, stating she sold prescription drugs (illegally, as she is not a pharmacist) and that James should "use it against me" (her)

Regina's complaint was that James stated he did not know her, and that she was a fraud, both of which can/have been proven through witness testimony (Vincent Nicotra)/Sarah herself publicly called Regina a liar.

The demands by the lawyers in question amount to extortion, as the definition of extortion is: "the practice of obtaining something, especially money, through force or threats." - Their threat was taking action against James despite James being cleared by the police and FBI who specifically stated that there was no evidence to suggest he was in fact a criminal - and Sarah herself stated on an official police report that she was not aware of any crime James had committed.

James stated this was a "shake down" during the 25 minute phone call, the lawyer, Hana, denied it, yet continued to show clear interest in obtaining money from James in exchange for them not inflicting legal/reputational (the lawsuit would inevitably go public) damage to James/his family (who are all directly beneficiaries of James's financial stability).

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



**EXHIBIT 17:** Lisa Haba recently reduced her demand from $200,000 per client to $150,000, stating that her primary interest was in pursuing Google—indicating that her focus is purely financial. She also insisted that the Jacksons sign an affidavit falsely claiming a 'partnership' with Google, despite their actual involvement being limited to an ad-revenue sharing program, not a formal actual partnership. By requesting the Jacksons to misrepresent their relationship with Google, Lisa Haba is effectively asking them to participate in fraudulent claims against Google. Additionally, her reduced financial demand, contingent on their cooperation, constitutes an attempt to extort the Jacksons.

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



Lisa Haba    Inbox ×

**Brett L. Wittner**                                    1:33 PM (27 minutes ago)
to me, Jenn

James,

Although your bankruptcy is over, I just received a call from Lisa Haba. Because you are not represented by an attorney in California, but are looking for an attorney, she did not feel comfortable reaching out directly to you. She asked me to relay some information to you. I have agreed to do so. Here is what she had to say:

In the lawsuit, the plaintiffs can ask for full damages and would need to prove all of their damages at trial. In theory, if successful, the plaintiffs could obtain a judgment against you and Lucas for millions of dollars. Alternatively, at trial, the plaintiffs can simply ask for statutory damages. If they prove that there was a violation of a statute, then they would not need to prove the amount of damages. The damages would simply be capped at $150,000 per plaintiff. Obviously, if they only pursued statutory damages against you and Lucas, the most they could ever receive would be a total of $300,000. They still want to get big damages out of Google.

If you were willing to sign an affidavit that says that you had a partnership agreement with Google, the plaintiffs would agree to only pursue liquidated damages against you. You would not need to give any admission to say that you did anything wrong. This affidavit would make their case against Google much easier. If you were interested in doing this affidavit, they might even agree to statutory damages of less than $150,000 against you. I suspect that they need a judgment against you saying that you violated a federal statute and the affidavit from you to be able to make their case against Google.

**EXHIBIT 18:** The monetization and exploitation of the previous hearing have resulted in over 197,000 views, driven by supporters of Sarah and Regina who openly show zero respect for the legal process. The YouTube user 'MrRepzion' has continued his harassment of the Jacksons, posting over 100 videos defaming them over many years. Despite the explicit instruction at the beginning of the hearing prohibiting redistribution, the Court has yet to take action against him for exploiting the legal process and distributing the proceedings for promotion of his monetized YouTube channel.

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



**EXHIBIT 19: PART 1:** A transcript from an August 7, 2024, call with Sarah reveals that she is either misinformed about, lying about or somehow unaware of the existence of this lawsuit, despite Lisa Haba's assertion that Sarah is an active participant.

Transcript of the cancer call Sarah made to the asleep James Jackson 8-7-24 at 6:39 AM

**Sarah:** *laughing*

**James:** Why are you laughing?

**Sarah:** Dude I was a fucking kid! (yelling angrily after just having laughed)

**James:** You were an adult, Sarah. Sarah, Okay, Sarah you're an adult. You can't say that...

**Sarah:** I was a fucking teenager! I was a teenage girl you're almost 40 dude! Get hold of your life!

**James:** You just said that you were a teenager, and I was 40. I'm not 40 now.

**Sarah:** You're almost 40 years old and you're still talking about shit that happened with a teenage girl five years ago.

**James:** Did you, because you're suing me

**Sarah:** Are you going to therapy? Because if not, you need to!

**James:** Well, after the trauma you put us through, I went through therapy, yeah. But guess what?

**Sarah:** Oh, that's good.

**James:** Guess what Sarah?

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

**Sarah:** What?

**James:** You apologized for raping us twice, you cannot get around that. You've said sorry for raping us two times.

**Sarah:** *Sarah pauses* Dude, it was sarcastic.

**James:** How do you apologize...

**Sarah:** Because it was ridiculous.

**James:** How do you apologize for raping someone sarcastically Sarah right after they dumped you?

**Sarah:** Because it was so ridiculous the notion that I could have even been capable of raping you!

**Sarah:** You got like 50 pounds on me bitch!

**James:** Did you or did you not say that you could destroy our lives if you wanted to?

**Sarah:** What?

**James:** You said you could destroy us if you wanted to. You said it to Luke, and you said it to me.

**Sarah:** *long pause* As a joke!? Sure, I probably did.

**James:** Sarah. Sarah.

**Sarah:** And Luke would make those fucking jokes to me too! Luke would make those jokes to me too. He literally told me "You know so much about me like... you know, it's a good thing that you would like never you know... if we ever got in a fight I'm fucked or whatever." Like Luke would make those jokes to me too so I don't know what you're trying to do with that. I called you because I want you to leave me alone.

**James:** Sarah you're... Sarah...

**Sarah:** It has been five years.

**James:** You're suing me.

**Sarah:** *in a goofy voice* I don't know anything about that. *Sarah laughs*

**James:** Then back out of it because when you sue someone, they're going to defend themselves.

**Sarah:** I want to be left alone bitch!

**James:** Then stop suing people.

**Sarah:** *long pause* I don't even! *Sarah laughs* Oh my god!

**James:** You are suing me for $5 million. You should probably contact your lawyer and stop suing me if you want me to stop defending myself.

**Sarah:** *Strangely long pause* ...you have no defense. *Sarah laughs*

**James:** I have what?

**Sarah:** If your defense is that I raped you, you have no defense. *Sarah laughs again* Like, your defense is a lie.

**James:** Okay, so you do know that you're suing me, and you... You do understand: It's... It's myself as a witness, everybody here is a witness. Multiple people against you, numerous texts. And your defense is... like you just admitted to me that you apologize for raping me and your defense is "I was joking".

**Sarah:** *Long pause* It was sarcastic because it was so ridiculous to me that you would ever even say that.

**James:** You... so you admit that you apologize for raping me. That's the thing. You can't say. "Oh, I was joking." Nobody jokes about...

**Sarah:** I never apologized dude! There's a difference between an apology and being like, "Oh, wow sorry I fucking killed your dog!" when you didn't kill someone's do... like...

**James:** Alright.

**Sarah:** If you want to get into analogies because I know you love those yeah...

**James:** So, so if you're brain... if your brain functions normally... and you do recall...

**Sarah:** Yours doesn't! *Sarah laughs*

**James:** Yeah, I get it you like gaslighting me, but...

**Sarah:** *Sarah in laughing tone* Yeah in yeah!

**James:** If you...

**Sarah:** GASLIGHTING BRO! *Sarah laughs aggressively* You're such an old fucking fart! *Still laughing* *long pause*

**James:** ...ok.

**Sarah:** Dude leave me alone! You are so old and disgusting, and I hope that the skin cancer comes back and eats your dick off. Like, on God. *Hangs up*

**James:** ...okay.

**PART 2:** Sarah advertises herself posing in front of the courthouse with a grin, suggesting a dismissive attitude toward the seriousness of her actions and a lack of respect for the Court. This behavior starkly contradicts her portrayal as a victim in the complaint and aligns with the vindictive personality she displayed in her unsolicited call to James Jackson on August 7, 2024, where she expressed a wish for his cancer to return and for his genitals to be destroyed. This pattern of conduct highlights her as a malicious and vindictive individual, acting in bad faith.

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



**PART 3:** Sarah again shares a photo of herself grinning in association with her legal actions against the Jacksons, displaying behavior more characteristic of a vindictive, bad-faith actor than that of a genuine victim. In her post, she boasts about contacting her lawyer in response to James Jackson's publication of evidence that challenges her credibility.

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



**PART 4:** Ironically, Sarah's statements contradict nearly every claim made against Lucas Jackson in the same complaint that initiated this civil action against the Jacksons, underscoring the extent of blatantly misleading information presented by Sarah and her legal team.:

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**



"People are saying we had sexual conversations or were planning on having sexual relations when I was underage and we never did I don't know why people are saying this and bringing up old screenshots that have already been address

but Kai is one of the sweetest people I know and he doesn't deserve this

and it's not fair to me it's not fair to him and I wish this would all stop"

13        299.   In this video posted on January 9, 2019, Sarah stated that she did not
14  engage in sexual relations while underage.
15        300.   Sarah did not wish to lie and therefore only stated the literal truth.

**EXHIBIT 20:** When they didn't seem to realize their comments were going to be publicly available for review later, Sarah and Regina initially described events to the FBI and police that led authorities to conclude no crimes occurred. Sarah & Regina themselves stated they were not aware of any criminal conduct. Notably, their descriptions to law enforcement differ significantly from the claims presented in court. This discrepancy underscores the fraudulent nature of the claims that Regina and Sarah are making against Google, the Court, and the Jacksons. Such abuse of the legal process warrants accountability to deter further misuse of the system. The Court is reminded that all members of the plaintiffs' team have been repeatedly informed of police reports exonerating the Jacksons, yet they continue to disregard the findings of the FBI and police, as well as Sarah and Regina's own admissions, in order to persist with baseless litigation. Additionally, in an initial police report, Sarah admitted to being broken up with due to her actions that amounted to blackmail (synonymous with sexual extortion), a critical fact in understanding the context of these proceedings and the reality that the Defendants, to include Google are the sole victims in this case. Ideally frauds who try to scam innocent individuals and innocent corporations will be held accountable for behaving as if they can abuse the legal system and escape due repercussions. Rules are rules, fraud is fraud.

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

| Synopsis: | Allegations of sexual assault were investigated. No evidence of a crime. |
| --- | --- |

| Narrative: | In September 2019, the Pierce County Sheriff's Department received information regarding possible sexual exploitation crimes occurring at a residence in Gig Harbor. At the time of the initial complaints, there was very little information about the alleged crimes and no first hand reports from any alleged victim. The complaints centered around a YouTube content creator named (O)James Jackson(AKA Gregory Avaroe), who was also known by his YouTube username "Onision". The original allegations were documented under PCSD FIR #19-259-01267 and cleared with no evidence of any criminal activity. |
| --- | --- |
| | Following the documentation under the previous case number, the Pierce County Sheriff's Department received over 40 additional emails regarding the same or similar allegations from third party reporters who had heard about the allegations through social media accounts. In addition, numerous other social media content creators developed channels and content directly related to the allegations in an attempt to conduct their own "online investigations" as to what might have occurred. |
| | On 10/02/19, PCSD received a press inquiry from a reporter with Vox Media named Makena Kelly. Kelly reported she had spent time speaking to a number of women who alleged Jackson had "groomed them and coerced them into having intercourse". Kelly went on to say that "Many of these girls were only 14-16 years old at the time of these allegations". Kelly requested confirmation that an investigation had been started and provided her contact information. I later contacted Kelly by telephone and advised her PCSD had received allegations from multiple third parties but had not heard from anyone who claimed to be a victim of a crime. I encouraged her to pass my contact information along to the women she had spoken with so they could contact me if they wanted to report a crime in PCSD jurisdiction. I was not contacted by anyone else as a result of my conversation with Kelly. |
| | In January 2020, I became aware of a "media investigation" into the allegations against Jackson which was being conducted by (O)Chris Hansen, via his YouTube Channel "Have a Seat with Chris Hansen". Hansen is a well known media personality who focused on stories about accused sex offenders and child predators. As part of his reporting, Hansen attempted to contact Jackson at his residence in Gig Harbor on 01/09/20 which resulted in Jackson calling 911. Deputies responded (PCSD #20-009-00913) and Hansen and his crew ultimately left the location without speaking to Jackson. Hansen subsequently released a series of interviews with alleged victims and others with information about alleged crimes on his YouTube channel over the next several months. In addition, Hansen contacted PCSD and completed an interview with PIO Troyer. I requested, through PIO Troyer, that Hansen provide PCSD with a list of alleged victims so that they could be contacted for interviews to determine the existence and extent of any criminal activity that occurred in PCSD jurisdiction. On 02/06/20, I received a list which contained the first name and phone number of seven alleged victims who had appeared on Hansen's show. The list included the names Regina, Lane, |

| | *Printed: 6/23/2020 13:58:02* |
| --- | --- |
| | *Printed By: Automated Policy* |

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

Billie, Haylee, Ayalla, and Shiloh. Additionally, the list contained the name Sarah, who I was later able to identify as (O)Sarah ▮▮▮▮.

Following PIO Troyer's interview with Hansen, I learned the FBI had also received numerous emails regarding the same allegations from third parties. I contacted FBI Special Agent Mendoza by telephone after learning she was assigned the case for further investigation. SA Mendoza confirmed the FBI had received a large number of "tips" similar to what PCSD had received but had not been able to establish that a crime had occurred. SA Mendoza told me the FBI had spoken with Sarah but had not been able to establish a sex crime had occurred based on that interview. SA Mendoza told me Sarah had reported that nude and/or explicit photographs had been sent between Sarah and Jackson while Sarah was still a minor child. SA Mendoza said a computer belonging to Sarah had been turned over to the FBI for examination for any evidence to support DeVoir's claim and then a decision would be made on how the FBI would proceed. SA Mendoza also provided me with DeVoir's contact information and full name for my investigation.

I attempted to contact each of the alleged victims by telephone and left voicemails requesting they call me back if they wished to file a police report. The only person who returned my phone call was Sarah.

On 03/09/20 at approximately 1450 hours, I spoke with Sarah by telephone regarding this investigation. Sarah told me she did not want our conversation to be recorded but agreed to talk to me about the allegations. Sarah told me she had initially learned about Jackson's YouTube channel when she was approximately 14 years old. Sarah said she developed an online relationship with Jackson and his wife, (O)Kai Jackson, who at the time identified as a female. Sarah said she communicated with Jackson and Kai via direct messaging on the Twitter application, although she admitted most of her communication was directly with Kai because they were able to relate better. Sarah told me during the time she communicated with Kai, they spoke about all different types of topics to include relationship issues, friends, and their sex lives. Sarah told me she had also sent a picture of her breasts and a picture of her in her underwear to Kai over direct message. Sarah said Kai also sent her similar messages but they had all since been deleted.

Sarah told me she talked to Kai about a fight she had with her mom and they discussed Sarah flying out to Washington State from her home in Michigan when she was 16 years old. Sarah said she ultimately visited Jackson and Kai in September 2016 for Kai's baby shower. Sarah said she stayed for five or six days but then returned to Michigan because her Uncle had passed away from cancer. Sarah told me nothing of a sexual nature occurred during this first trip to Washington.

Sarah said she returned to Washington State in October 2016 and lived with Jackson and Kai until late February 2017. Sarah said she helped with chores around the house such as cleaning, cooking, and caring for the Jackson's kids. Sarah described herself as being like a live-in "nanny" but she said she was not paid for any of the work she did. Sarah told me during this visit she started to "really love" Kai as a person but didn't have the same feelings for Jackson. Sarah said Jackson would "verbally abuse" her by calling her names, scaring her, and belittling her. Sarah said she would occasionally bathe or shower in front of Kai while they were talking but did not have any kind of sexual contact with Jackson or Kai during this trip. Sarah said she ultimately returned to Michigan due to "all the drama" in the Jackson household.

Sarah said she visited the Jackson's again from August 2017 until November 2017 and this time lived in a mother-in-law suite on their property. Sarah said she continued to do housework but also worked at a Target store in Puyallup so she could live a little more freedom. Sarah said there was not any discussion of a sexual nature at the time and she still felt closer to Kai than Jackson.

Sarah told me she returned to the Jackson's residence in July 2018 and stayed until late August 2018. She told me she turned 18 during the visit and Jackson, who had rarely shown any interest or affection toward her, suddenly began to treat her much better. Sarah told me the relationship she had with Jackson and Kai evolved to a point where they would lie in bed together to watch movies and would joke about having "threesomes". Sarah said it seemed like Jackson was pressuring her and Kai to become intimate while trying to determine her level of interest in him. Sarah told me Jackson made a comment to her that he wasn't "in love" with her but he "loved her". She told me Jackson clarified that he felt people needed to have sex to be "in love".

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

| **Pierce County Sheriff Department Incident Report** | **Incident No. 2005101366.1** | Page 5 of 5 |
|---|---|---|
| Jurisdiction Agency: Pierce County Sheriff Department | | |

Sarah said she returned to Washington in January 2019 for a trip that only lasted a few days. She told me during this trip, she engaged in oral sex with Jackson and Kai on two occasions. Sarah said Kai felt ignored during the trip and was hurt by that but otherwise the trip was uneventful. Sarah told me she was a willing participant in the sexual activity that took place during this trip.

Sarah said she returned to Washington for approximately one week at the end of June 2019. She told me Jackson tried to convince Sarah and Kai to participate in a "threesome" and on the last night of her visit, the three of them had sex. Sarah said it was "fine" and admitted that she also agreed to be Jackson's girlfriend during the visit despite his marriage to Kai.

Sarah told me she came back to Washington in late July 2019 for the last time. She said Kai had travelled to New Mexico so she and Jackson were alone at the house for the first time. Sarah told me she and Jackson engaged in sexual intercourse during the trip and admitted it had been consensual. Sarah told me Kai found out about what had happened and got upset about it. Sarah told me Jackson claimed she had "blackmailed" him into having sex and they ultimately "broke up". Sarah said she felt overwhelmed with the entire situation so she returned home and had not returned to Washington.

I asked Sarah if she had ever been an unwilling participant in any type of sexual activity with Kai or Jackson. Sarah told me she "never told them no" and admitted she was not sure she was a victim of any crime. She confirmed she had given her laptop to investigators and was aware it was in the FBI's possession for examination to determine if any of the images exchanged between her and Kai had violated law. I advised Sarah that I would follow up with SA Mendoza but that based on the information she had provided, I did not believe a crime had taken place in PCSD jurisdiction.

On 06/22/20 I spoke with SA Mendoza by telephone to follow-up on their investigation. SA Mendoza told me the examination had not yet been completed and advised she had no other information on any crimes that occurred in PCSD jurisdiction. She told me she would notify me if the examination provided any details about criminal activity that needed further investigation.

As of 06/23/20, I have not heard back from any of the other women who were alleged victims of Jackson. All of the women had been in contact with Chris Hansen at some point to do a media interview and have had an opportunity to file a police report if warranted. Sarah was a willing participant in sexual activity after the age of consent, in fact after turning 18 years old, and was not under the legal care or custody of Jackson or Kai. Based on the information gathered during my investigation, I have not been able to establish that a crime occurred. This report is for informational purposes due to the high volume of third party and social media interest.

There is nothing further at this time.

| Reviewed By: | | Reviewed Date: |
|---|---|---|

**Investigative Information**

| Means: | | Motive: | |
|---|---|---|---|
| Vehicle Activity: | | Direction Vehicle Traveling: | |
| Synopsis: | Follow-up to a previous suspicious incident complaint was conducted. | | |
| Narrative: | In September 2019, the Pierce County Sheriff's Department received information regarding possible sexual exploitation crimes occurring at a residence in Gig Harbor. At the time of the initial complaints, there was very little information about the alleged crimes and no first hand reports from any alleged victim. The complaints centered around a YouTube content creator named (O)James Jackson(AKA Gregory Avaroe), who was also known by his YouTube username "Onision". The original allegations were documented under PCSD FIR #19-259-01267 and cleared with no evidence of any criminal activity. | | |
| | Throughout the end of 2019 and beginning of 2020, PCSD received a large volume (over 40) additional emails and Cybertips regarding this case due to the large number of "online investigations" being conducted and perpetuated by high-profile YouTube content creators, to include (O)Chris Hansen. Hansen is a well-known media personality who's investigative reporting has often focused on stories about accused sex offenders and child predators. Hansen documented numerous complaints about Jackson on his YouTube channel, "Have a Seat with Chris Hansen". In February 2020, I received a list of potential victims of harassment and sex crimes committed by Jackson from Hansen. I attempted to contact each of the alleged victims by telephone and was only able to speak with (O)Sarah ███████ Sarah completed a phone interview | | |

| | *Printed: 1/21/2021 07:08:02* |
|---|---|
| | *Printed By: Automated Policy* |

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

| Pierce County Sheriff Department Incident Report<br>Jurisdiction Agency: Pierce County Sheriff Department | Incident No. 2101900529.1 | Page 4 of 5 |
| --- | --- | --- |

during which she detailed her relationship with Jackson and his spouse. DeVoir told me she had been involved in a sexual relationship with Jackson but was over 18 years of age during the relationship and had fully consented to the sexual activity. DeVoir told me she was not sure she was a victim of any crime in Pierce County or Washington State. For further details on the interview with DeVoir, see PCSD FIR #20-051-01366.

On or about 01/12/21, PCSD became aware of a documentary being released on the Discovery+ streaming platform regarding Jackson. Due to the possibility that potential victims would now be willing to be interviewed, Lt. Loeffelholz contacted Hansen and obtained the names of potential victims who would be open to speaking with police. Lt. Loeffelholz later provided me with the names of DeVoir, (O)Shiloh Schramm, and (O)Regina Alonso and requested I attempt to follow up with them again to see if any crimes had been committed in PCSD jurisdiction.

Prior to contacting any of the potential victims, I contacted FBI Special Agent Mendoza, who had been conducting a separate, federal investigation into the allegations. I was aware the FBI had previously taken possession of a laptop computer from Sarah that may have been used to transmit Child Sexual Abuse Material(CSAM) from Jackson to Sarah. SA Mendoza told me the FBI investigation so far not been able to conclude any criminal activity had taken place. SA Mendoza told me she had been in contact with Alonso and advised me Alonso had not reported being the victim of any crime in Pierce County or Washington State. SA Mendoza further told me Alonso had reported she had never met Jackson in person or travelled to Washington State. SA Mendoza said the FBI was working with Alonso to look into claims that she had sent and received nude or semi-nude photos to/from Jackson but they had been unable to access the iCloud account used due to the password being changed by Jackson. SA Mendoza told me she would follow up with me if the FBI investigation produced any evidence of criminal activity in PCSD jurisdiction.

On 01/15/21 at approximately 0730 hours, I contacted Alonso by telephone. Alonso told me she lived in Eastlake Weir, Florida and had never travelled to Washington State or met Jackson in person. Alonso said she had originally learned of Jackson through YouTube and had developed a friendship with him and his spouse over the course of 7 years from 2012-2018, eventually working as a chat moderator on his channels. Alonso said during that time she sent numerous images to Jackson over the internet at his request. She told me the images consisted of selfies and pictures she described as "mostly nude". Alonso told me she was working with the FBI to access the account the photos were shared through to determine if any of it was considered CSAM. I asked Alonso what had prompted her to speak out against Jackson and she told me she had heard Sarah story and wanted to show Jackson's "patterns of predatory behavior". Alonso told me she had also retained a civil attorney and was looking into the possibility of legal action against Jackson due to his "defaming" her during/after her time serving as a moderator for Jackson's forums online. Alonso told me she had not filed any police reports or had law enforcement contacts other than with the FBI. Based on the information provided, I determined Alonso was not the victim of any criminal activity in PCSD jurisdiction and advised her to follow-up with SA Mendoza.

On 01/15/21 at approximately 0850 hours, I spoke with Schramm by telephone. Schramm told me she was aware of this investigation although she was not sure she was a victim of any crime "under the law". Schramm insisted that Jackson had committed moral crimes even if he hadn't committed legal crimes. Schramm told me she had met Jackson through internet chats after seeing his YouTube channel. She told me she was touring as a musical artist in December 2010 when Jackson flew to Pennsylvania to meet with her while she was 17 years old. Schramm said she and Jackson engaged in consensual sex in her hotel room and later lived together in Toronto, Ontario, Canada for approximately 3-4 months. Schramm said she moved to Tacoma with Jackson on her 18th birthday and they lived together at a residence later determined to be located at 7230 A St. S. Schramm said she appeared in many of Jackson's YouTube videos until they ultimately ended their relationship. Schramm told me there was no history of violence between her and Jackson and told me the only law enforcement contact they had was during an incident in 2011 where police responded and took her to a psychiatric hospital after Jackson reported she was suicidal. I was later able to find the CAD log for the incident which showed Schramm was taken to Western State Hospital on a voluntary commit for suicidal ideations following two prior suicide attempts (TPD #11-196-0822). She told me she had only lived at the Tacoma address with Jackson and had never been to the Gig Harbor property. Schramm told me she did not know the other alleged victims well but that they all "came out together" about their experiences with Jackson. Schramm told me she had not been in contact with the other women due to

| | *Printed: 1/21/2021 07:08:02*<br>*Printed By: Automated Policy* |
| --- | --- |

**EXHIBITS FOR NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS 3:23-cv-05523-JD**

| **Pierce County Sheriff Department Incident Report**<br>Jurisdiction Agency: Pierce County Sheriff Department | **Incident No. 2101900529.1** | Page **5** of 5 |
|---|---|---|

"drama" related to the documentary. Based on the information provided, I determined Schramm did not appear to be a victim of a crime in PCSD jurisdiction.

On 01/15/21 at approximately 0915 hours, I spoke with ▮Sarah▮ by telephone ▮Sarah▮ seemed surprised that I was following up with her again and told me she did not have any new information to report since we last spoke in March 2020. Based on the information I had obtained at that time, it did not appear ▮Sarah▮ was a victim of a crime in PCSD jurisdiction.

I advised Lt. Loeffelholz of what I had learned during the investigation and it was determined a new incident number would be drawn to document the information in a Field Information Report. For additional details regarding the related investigations, please refer to PCSD case #20-051-01366, #19-255-02012, #19-245-01647, #19-161-01513, #19-011-00879, and TPD #11-196-0822.

There is nothing further at this time.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

_01/19/2021_    _Pierce County, WA_    _08-034 - Pawlak, Adam_

| Reviewed By: | Reviewed Date: |
|---|---|
| | |

**EXHIBIT 21:** A 2019 interview with Sarah reveals that she was experiencing severe unhappiness and suicidal thoughts prior to any interactions with Lucas or James Jackson. This interview was subsequently removed from public view around the time Lisa Haba filed her case, suggesting its content contradicts numerous claims made in Ms. Haba's complaint against the Jacksons. The removal of this interview highlights the extent to which its content may undermine the assertions made in this case.

**Interviewer:** "Where were you, what space were you in Sarah?"
**Sarah:** "I was in a very bad place especially when we, when Kai and I first became friends I was in like, like I had, wanted to like kill myself a few months prior to us meeting, or like talking for the first time, so I was just, I was in a very bad place."

