James Jackson & Lucas Jackson
8702 123rd St E, Puyallup, WA 98373
253-286-8311
complexnucleus@gmail.com
*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNKNOWN PARTY<br><br>Plaintiff,<br><br>vs.<br><br>Google LLC, YouTube LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>Defendants. | Case Number:   3:23-cv-05523-JD<br><br>**AFFIDAVIT IN SUPPORT OF NOTICE OF OBJECTION TO VIDEO RECORDING AND REQUEST FOR PROTECTION FROM PUBLIC DISTRIBUTION OF COURT PROCEEDINGS**<br><br>Hon. James Donato |

We, James Jackson and Lucas Jackson, being duly sworn, declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

**1. Identification**

We are the defendants, James Jackson and Lucas Jackson, in the above-captioned case, and we are representing ourselves in this matter.

**2. Purpose of Affidavit**

1

1  This affidavit is submitted in support of our Notice of Objection to Video Recording and
2  Request for Protection from Public Distribution of Court Proceedings, as well as the attached
3  exhibits (EXHIBITS 1-21).

**3. Exhibits**

  a. **EXHIBIT 1 & 2:** Copies of our formal objections to the Cameras in the Courtroom Pilot Project in cases 3:23-cv-05127-JD and 3:23-cv-05523-JD.

  b. **EXHIBIT 3 & 4:** Correspondence from Kevin Blumberg confirming no current request for video recording in either case.

  c. **EXHIBIT 5-21:** Evidence supporting our objections, including communications, reports, and statements that substantiate our concerns regarding the misuse of legal proceedings, financial exploitation by the plaintiffs, and the importance of protecting our privacy in this case.

**4. Basis for Objection**

The evidence overwhelmingly demonstrates that Sarah and Regina have acted with calculated malice and bad faith, weaponizing the legal process as a means of public humiliation, financial exploitation, and relentless defamation against James and Lucas Jackson. Sarah has consistently pursued a campaign of targeted harassment, fulfilling her prior threats to ruin the Jacksons' lives when her demands were unmet. This sustained abuse has devastated Lucas Jackson's mental health, resulting in a diagnosis of PTSD. Both plaintiffs have exploited these cases for media exposure, seizing opportunities in videos, interviews, and even international television appearances to profit personally and to portray themselves as victims—all while inflicting serious reputational and emotional harm on the Jacksons.

2

Attorney Lisa Haba has been fully aware from the beginning of the baseless nature of these claims. Nevertheless, she continues to push this case forward, strategically using it to enhance her law firm's visibility. Disregarding the Section 230 protections for companies like Google and the clear lack of merit, she appears motivated by the prospect of extensive public attention that courtroom cameras would provide, prioritizing media exposure over the integrity of the judicial process.

From the outset, the plaintiffs have used every opportunity to solicit donations, build a follower base, and garner public praise, all through false narratives that severely harm the Jacksons' reputations and personal lives. This Court holds the power to shield the defendants from further exploitation and abuse. By denying public access to these proceedings, the Court can prevent this case from becoming yet another tool for the plaintiffs to mislead the public, damage lives, and profit from falsehoods.

Additionally, Sarah's own statements directly contradict claims made in her court filings, revealing critical inconsistencies that further validate our objection to video recording and public dissemination. This case should serve the interests of justice, not those of individuals seeking notoriety and financial gain at the expense of the defendants.

5. Request for Relief

In light of the information and evidence submitted, we respectfully request that the Court:

- Deny any future requests for video recording of James or Lucas Jackson.
- Limit public distribution of all court proceedings in these matters.
- Consider sealing case files if it serves the interests of justice and fairness for all parties

involved.

This affidavit is provided to support our request for privacy and to protect the integrity of the judicial process from further exploitation by the plaintiffs and associated parties.

Respectfully submitted,

*/s/ Lucas Jackson*
Lucas Jackson (Pro se)
8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: 11/4/24

*/s/ James Jackson*
James Jackson (Pro se)
8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: 11/4/24

4