James Jackson & Lucas Jackson
8702 123rd St E, Puyallup, WA 98373
253-286-8311
complexnucleus@gmail.com
*Pro Se*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNKNOWN PARTY<br><br>Plaintiff,<br><br>vs.<br>Google LLC, YouTube LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>Defendants. | Case Number: 3:23-cv-05523-JD<br><br>**REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS AGAINST LISA HABA FOR BAD FAITH LITIGATION, ETHICAL VIOLATIONS, AND ABUSE OF THE JUDICIAL PROCESS**<br><br>Hon. Judge Donato |

| | | |
|---|---|---|
| Motion Hearing | 12/13/2024 | 03/06/2025 at 10:00 AM |

## I. INTRODUCTION

This Reply highlights the pervasive and deliberate misconduct of Plaintiffs' counsel, Lisa Haba, who has violated Rule 11 of the Federal Rules of Civil Procedure by pursuing frivolous and bad-faith litigation against the Jackson Defendants. The Plaintiffs' opposition does not refute the central issues raised in Defendants' motion for sanctions but instead relies on mischaracterizations, procedural distractions, and unsupported accusations to deflect from the

undeniable lack of factual or legal merit underpinning their claims. [1]

Defendants' motion is substantiated by an overwhelming body of evidence, including findings from law enforcement/FBI investigations, Plaintiffs' contradictory public statements, and written communications, of which conclusively exonerate the Jackson Defendants. Despite this incontrovertible evidence, Plaintiffs' counsel has persisted in advancing meritless claims, knowingly misrepresenting both facts and law in violation of her ethical and professional obligations.

Moreover, Plaintiffs' counsel has flagrantly abused the judicial process by filing claims in improper venues, inflating damages to obstruct bankruptcy proceedings, and engaging in coercive settlement tactics designed to extract baseless concessions. These actions constitute a clear abuse of Rule 11(b)(1), (b)(2), and (b)(3), which collectively require that all pleadings must:

1. Serve a legitimate purpose and not be presented to harass or impose unnecessary burdens (Rule 11(b)(1));
2. Be warranted by existing law or a non-frivolous argument for the extension of the law (Rule 11(b)(2)); and
3. Have or be likely to have evidentiary support following reasonable inquiry (Rule 11(b)(3)).

Plaintiffs' counsel has failed on all three counts, and her actions have imposed significant financial, emotional, and reputational harm on the Jackson Defendants. Sanctions are necessary to

[1] **Procedural Gamesmanship**: A significant portion of Lisa Haba's Opposition focuses on technical errors in the Motion for Sanctions. In the last hearing, Judge Vince Chhabria extensively lectured Haba on her own procedural mistakes while noting that Pro Se defendants are not expected to meet the same standards as attorneys. Despite this, Haba has ignored the Court's guidance, relying on hypertechnical criticism rather than addressing substantive issues—an approach that reflects her case's lack in merit.

preserve the integrity of these proceedings, deter further abuses (which are active and ongoing), and hold Plaintiffs' counsel accountable for her misconduct. Accordingly, Defendants respectfully request that this Court grant their motion in full.

## II. ARGUMENT

**1. Plaintiffs' Counsel's Conduct Violates Rule 11:** Lisa Haba's actions demonstrate a persistent violation of Rule 11 through the filing of claims for improper purposes, the advancement of legally untenable arguments, and reliance on knowingly false and clearly misleading evidence.

**1.1 Filing for an Improper Purpose:** Rule 11(b)(1) prohibits filings made for improper purposes, including to harass, cause unnecessary delay, or increase litigation costs. Plaintiffs' counsel's conduct in this case unmistakably reflects such improper motives.

1. **Improper Venue Filings**: Plaintiffs' counsel initially filed claims in Michigan and Florida, jurisdictions with no connection to the Jackson Defendants or the alleged events. These filings forced the Jacksons to expend over $15,000 in legal fees defending against baseless jurisdictional claims, imposing significant financial and procedural burdens on the Defendants. The improper filings wasted judicial resources and delayed resolution of the case.

I called [redacted] at 8:43 am (Pacific Standard Time) and paid the agreed $10,000 balance in full.

Thank you Michelle. Have a good day.

REF # [redacted]
INVOICE # [redacted] - MMM
AUTH CODE [redacted]
TRANSACTION # : [redacted]
Sale Amount: $10,000.00

Michelle M[redacted]bolhouselaw.com> Wed, May 15, 9:33 AM
to me, Matt, Michele

Thank you.

-Kindly,

You sent a $5,000.00 USD payment

service@paypal.com <service@paypal.com> Fri, Aug 25, 2023, 8:56 AM
to me

Hello, James Jackson

You sent $5,000.00 USD to Steven Meyer

Create an account with PayPal in just seconds so checkout is a snap!

Activate PayPal Now

Transaction Details

2. **Inflated Claims in Bankruptcy Proceedings**: During bankruptcy proceedings, Plaintiffs' counsel knowingly submitted grossly inflated claims of damages to obstruct Defendants' ability to resolve their financial difficulties. These exaggerated claims, unsupported by any factual or legal basis, exemplify bad-faith litigation tactics.

3. **Coercive Settlement Demands**: Plaintiffs' counsel engaged in unethical settlement practices, including offering financial incentives to induce Defendants to provide statements against Google. These actions further underscore Plaintiffs' counsel's improper motives and disregard for the principles of justice.

**1.2 Frivolous Claims Lacking Legal and Factual Basis:** Under Rule 11(b)(2), all filings must be warranted by existing law or supported by a non-frivolous argument for the extension of the

law. Plaintiffs' claims against the Jackson Defendants fail this requirement, as they lack any factual or legal merit.

1. **Law Enforcement Findings**: Investigations conducted by local law enforcement and the FBI conclusively found no evidence to support the allegations against the Jackson Defendants because according to the witnesses, **there were no criminal allegations from them**. Both Sarah and Regina, the Plaintiffs in this case, were given multiple opportunities by law enforcement to provide evidence or assert claims against the Jacksons. **Instead, both denied any knowledge of criminal activity.** Sarah specifically went out of her way to confirm that <u>no inappropriate acts occurred while she was a minor and that, as an adult, all interactions were consensual, stemming from her own coercive actions and blackmail directed at the Jacksons.</u>

   Remarkably, these very Plaintiffs, who now allege wrongdoing, were the same individuals who fully vindicated the Jacksons during the investigations, clearing the Jacksons of any misconduct. Their subsequent reversal and contradictory claims render their credibility entirely nonexistent. Plaintiffs' counsel, fully aware of these exonerating findings and Plaintiffs' prior statements, has willfully ignored them to pursue frivolous and meritless claims, in blatant violation of Rule 11(b)(3).

   In multipole instances after James Jackson rejected & cut ties with Sarah, Sarah further confirmed to the world and privately to authorities that no inappropriate conduct occurred while she was a minor and that her adult interactions with the Jacksons were consensual on her part. Despite this unequivocal exoneration by law enforcement and her own clients' admissions documented in police reports, Lisa Haba knowingly proceeded

with the lawsuit with claims categorically denied by Sarah herself prior. By continuing to represent Plaintiffs to this day, long after reviewing these exculpatory findings, Lisa Haba has not only perpetuated this fraudulent litigation but has become an active willful participant in abusing the judicial process.

## 2. Plaintiffs' Contradictory Statements

The Plaintiffs' own public and private statements completely undermine the credibility of their allegations. These inconsistencies, particularly from Sarah and Regina, expose the frivolous and fraudulent nature of this litigation:

- **Sarah's Admissions**: Sarah has repeatedly contradicted her current allegations in interviews, public statements, and written communications. She repeatedly explicitly stated that no inappropriate conduct occurred while she was a minor, even after James Jackson kicked her out of his life, affirming that her interactions with the Jacksons were appropriate and consensual. She further admitted that, even as an adult, her advances toward the Jacksons were initially rejected. This is Sarah corroborating the statements she made to the police. The Jacksons backed this data up and video recorded the screen to confirm the authenticity. Here Sarah confirms, yet again (1) She was the one pursuing the Jacksons, and was being rejected (2) Sarah knew she had no chance with the Jacksons, confirming the claim that they had no interest in her. (3) Sarah states she knew she had no chance when she was 16, 17 or 18, this confirms there was no inappropriate contact, just like Sarah originally claimed, and confirms Sarah lied on the original complaint/documents following, while Lisa Haba knowingly and willfully played along. (4) Sarah went so far as to say "pigs would fly" before she even came close even after her

"18th birthday". These texts were presented to the general public years ago, readily available to Lisa Haba, yet Lisa Haba ignored this, and enormous amounts of other evidence regardless while making blatantly false contradictory claims, costing the Jacksons irreparable damage & over $20,000 in total legal expenses. No matter the Court's decision, the Jackson family will never recover from Lisa Haba/her client's fraud & abuse.




It was only after she threatened to "destroy" their lives and engaged in blackmail and coercion that she forced the Jackson's interactions to align with her personal demands. Despite these clear contradictions, widely broadcast during Sarah's vindictive campaign against the Jacksons, Plaintiffs' counsel, Lisa Haba, knowingly advanced these claims, self-evident due to Lisa Haba continuing to represent them despite the evidence being readily available to her and anyone else.

- **Regina's Contradictions**: Regina initially publicly defended the Jackson Defendants, including openly supporting and promoting a relationship between Lucas Jackson and Sarah in early 2019.

In the following screenshot you see Regina saying in early 2019 (long after the timeline referenced by Lisa Haba as problematic) "All my love to them" referring to Lucas. She states that the screenshots (unknowingly later to be used by Haba) are memes

and/or are not Lucas's. She goes on to say the "drama" referring to screenshots and past interactions were already addressed. Not only does Regina portray herself to be fine/unaffected by anything involving Lucas, she moves so far as to promote Sarah and Lucas (Kai) being together, saying they are adults perfectly capable of making their own decisions without having their lives being dictated by the internet. This is after Sarah had already threatened to destroy the Jacksons with what the Jacksons assumed would be lies/misrepresentations of their character as that is all it could be all parties agreed nothing inappriorate ever occurred by the Jacksons (Sarah was however kicked out for her being inappropriate toward the Jacksons however, multiple times, all parties confirmed this too).




- After Sarah was rejected for the final time in July of 2019 by James Jackson (She was rejected by Lucas earlier. Lucas refused to be even in the same state as Sarah after she forced herself on Lucas.), Regina drastically changed her narrative, portraying Lucas as a

predator who had somehow victimized her despite months earlier professing her love for Lucas and actively trying to get Lucas and Sarah to date while also professing her own love for Lucas. This reversal establishes to the extent of what kind of fraud Regina is given that Lucas had minimal interactions with Regina since prior to 2019 and rejected Regina, including her ambition to fly up as a homeless minor years prior. Ironically, Regina would repeatedly complain that Lucas didn't fly her up when she was a minor despite having the opportunity when she was homeless.

- Plaintiffs' counsel, Lisa Haba, was fully aware of the glaring contradictions in Regina's statements and the fact that Regina has no substantive connection to James Jackson. Regina's had a one-sided interaction with James in a public video he made about suicide that according to her saved her life. Regina has openly admitted that she has had "little to no" contact with James Jackson. Despite this, Lisa Haba inexplicably included James as a defendant in the lawsuit—a decision that underscores the frivolous and baseless nature of the case and reflects a shocking disregard for the truth, history & integrity.

Regina and Lisa Haba lack credibility to such a gross extent that Sarah herself described Regina & Lisa Haba's pursuit of Lucas and James as "Bullshit" in a phone call early 2023. Sarah later would claim to not even be aware of this lawsuit existing in August of 2024. Lisa Haba has gone completely unchecked.

**2. Plaintiffs' Counsel Relies on Misrepresentations and Unsupported Assertions**

Lisa Haba has violated her duty of candor to the Court by knowingly presenting false and misleading statements in her filings. Rule 11(b)(3) requires that all claims must have or be likely

to have evidentiary support following a reasonable inquiry. Plaintiffs' counsel's filings fail this standard, as they rely on:

1. **Unverified and Questionable Evidence**: Plaintiffs' filings include unauthenticated screenshots, incomplete social media excerpts, and statements from discredited sources.
2. **Omission of Exculpatory Evidence**: Key evidence, including law enforcement reports, Plaintiffs' own contradictory statements and extensive histories of criminality/fraud was omitted to create a false narrative.
3. **Hearsay and Fabrications**: Plaintiffs' claims are built on hearsay and demonstrably false allegations, further reflecting counsel's failure to conduct a reasonable inquiry. Even after undeniable evidence was presented, repeatedly to Lisa Haba and the public, they continue this malicious bad faith lawsuit against the proven innocent Jacksons who were vindicated by authorities & witnesses, ironically Sarah and Regina themelseves.

## III. IMPORTANT NOTES

Lisa Haba is behind all of the following:

1. **Improper Venue Selection and Wasted Judicial Resources:** Filed baseless lawsuits in Michigan and Florida, jurisdictions unrelated to the Defendants or events, wasting judicial resources and $15,000 of the Jackson family's money through unnecessary transfers and hearings.

2. **Disregard for Exculpatory Evidence:** Ignored FBI and police findings exonerating the Jackson Defendants, omitted Plaintiffs' prior statements clearing them, and disregarded publicly available evidence, including interviews and numerous statements by Sarah and Regina, disproving the allegations.



U ni te

3. **Fraudulent Misrepresentation:** Advanced baseless allegations of human trafficking despite overwhelming evidence and Plaintiffs' own contradictory admissions.

4. **Public Harassment:** Publicized the case through interviews with a discredited reporter causing undue harassment and reputational harm to the Defendants.

5. **Misleading Evidence:** Presented selective, misleading, and unauthenticated evidence while deliberately omitting context that exonerated the Jackson Defendants. Relied on hearsay, fabricated evidence, unverifiable online rumors, and partial screenshots lacking authentication or evidentiary value.

6. **Undermining Judicial Integrity:** Persisted in representing Plaintiffs despite clear evidence of their fraudulent intent, undermining the judicial process and ethical standards of the legal profession. Represented Plaintiffs with a documented history of deceit, criminal behavior, and blatant contradictions, knowingly advancing fraudulent claims.

7. **Disregard of Serious Accusations:** Willfully disregarded the serious accusations made against Sarah, including allegations of sexual extortion against Sarah upon James/Lucas Jackson and physical assault against Sarah upon Lucas Jackson, while continuing to represent Sarah in a manner that undermines justice and retraumatizes the Jacksons.

8. **Coercion and Extortion:** Attempted to coerce fabricated statements against Google by offering financial incentives to the Defendants. Specifically making it clear she will only take $300,000 away from the Jackson family (the Jackson kid's college future, current life stability, current home etc.) in exchange for James Jackson saying things that just aren't true, so she, the fraud and her criminal clients can defraud Google.

9. **Obstruction of Bankruptcy:** Inflated damage claims from $400,000 to $5,000,000 during bankruptcy proceedings to obstruct the Jacksons' financial recovery, later after the lawyers

U ni te

abused the Jacksons out of Bankruptcy, they reduced the demand to $300,000 contingent on statements that would not be true about Google, which James Jackson refused to issue.

10. **Violation of Rule 11(b)(3):** Failed to conduct even a basic inquiry into the facts and law, in direct violation of Rule 11(b)(3).

11. **Abuse of Litigation for Harassment and Extortion:** Used litigation as a tool for harassment, financial extortion, and public defamation rather than legitimate legal remedies. Just like Lisa Haba completely failed to properly understand Section 230 and it's broad protections of the multiple companies she has attempted to sue, and failed to win against, thus repeatedly wasting the Court's time with her poor judgment.

12. **Willful Representation of Criminal Conduct:** Knowingly and willfully represented Sarah, despite Sarah openly admitting to sexually extorting both James and Lucas Jackson in her own live stream, repeatedly. Sarah also admitted to physically forcing herself on Lucas, leaving him in tears and later refusing to ever see her again. These admissions, which were made years before Sarah fabricated her current allegations, highlight the credibility issues and serious criminal behavior ignored by Lisa Haba in advancing this lawsuit.[2]

13. **Failure to Withdraw Baseless Claims:** Ignored ethical obligations to withdraw baseless claims after being confronted with irrefutable evidence during court proceedings.

14. **Defending Harassment & Threats To Jackson Family:** Continued to defend her client, Sarah, after she made a malicious and abusive call to James Jackson at 6:49 AM in August 2024,

---

[2] In 2019 James Jackson privately and repeatedly accused Sarah of sexually extorting them, and also accused her of physically raping his spouse. He cut ties with Sarah for the same reasons. James Jackson's claims have remained the same since. Meanwhile Sarah repeatedly told the public and police that she was not aware of being a victim of any crime, repeatedly insisted she was always consensual as an adult and was never subjected to anything inappropriate as a minor. She even confessed to police she was dumped for what she called: blackmail. Sarah would change her story over time, only to flat out drastically shift her narrative entirely when approached by Lisa Haba. "For the love of money is the root of all evil" 1 Timothy 6:10

wishing for his cancer to return and for him to suffer permanent destruction of his reproductive organs.

15. **Baseless Inclusion of James Jackson:** Named James Jackson as a defendant despite Regina admitting she had no substantive connection or interaction with him.

16. **Diversionary Tactics:** Ignored the principle that Pro Se litigants are held to less stringent procedural standards, according to the Honorable Vince Chhabria, focusing on minor filing errors instead of substantive issues. Haba obsessed more over procedural errors than defending against the majority of the claims made against her. Typical red herring behavior that few Judges are likely willing to entertain.[3]

17. **Prolonging Litigation:** Prolonged litigation through improper filings, procedural delays, and refusal to engage with dispositive exculpatory evidence.

18. **Bad Faith Litigation:** Allowed Plaintiffs to alter their narratives after law enforcement interviews, knowingly advancing claims based on fabricated or inconsistent stories. Acted in bad faith by continuing litigation despite having no credible witnesses or admissible evidence to support the claims.

## IV. PROCEDURAL ISSUES

**Defendants' Compliance with Procedural Requirements:** Plaintiffs' claims of procedural noncompliance are unfounded and seek to distract from the substantive merit of Defendants' motion. Defendants complied fully with Rule 11(c)(2)'s "safe harbor" provision, serving the motion more than 21 days prior to filing, which is the core procedural requirement. The absence

[3] To avoid Lisa Haba making yet another procedural error criticism, 7-3c states that "the reply brief or memorandum may not exceed 15 pages of text." https://www.cand.uscourts.gov/rules/civil-local-rules/

of supplemental documents during this period, such as the affidavit, does not negate the motion's validity, as Rule 11 requires service of the motion itself, not every accompanying exhibit. Plaintiffs' objections under Local Rule 7-5, asserting improper affidavits and exhibit formats, lack merit because all factual assertions are supported by authenticated declarations and evidence that clearly meet procedural standards. Additionally, objections to the admissibility of certain exhibits, including claims of hearsay or improper evidence, pertain to evidentiary weight, not the procedural propriety of the motion, and should be addressed during discovery or trial. Defendants' exhibits provide a factual foundation to substantiate the Rule 11 claims and withstand scrutiny under the applicable rules of evidence.

**V. CONCLUSION**

Sarah and Regina's willingness to lie, especially in Court, driven by financial incentives facilitated by Lisa Haba, expose their sole motivation: personal profit. Multiple parties, including Sarah, have admitted this lawsuit is about extracting settlement money from Google, with no genuine concern for the Jacksons, who have already incurred tens of thousands in legal fees. This apathetic exploitation of the Jacksons underscores the frivolous and malicious nature of this litigation.

Allowing this lawsuit to proceed without consequence undermines the credibility of law enforcement, disregards the conclusive findings of the FBI and police, and legitimizes the unethical actions of Plaintiffs' counsel. By advancing baseless claims, ignoring exculpatory evidence, and representing Plaintiffs with a documented history of fraud and misconduct, Lisa

Haba has weaponized the legal system to harass and harm an innocent family. This is not negligence—it is a calculated abuse of the judicial process that must be addressed.

Defendants respectfully request that this Court:

1. Grant their Motion for Sanctions against Lisa Haba pursuant to Rule 11;
2. Award Defendants all reasonable costs and attorney's fees incurred in defending this litigation; and
3. Impose additional sanctions to deter future misconduct and uphold the integrity of the judicial process.

Failure to act decisively emboldens bad actors, undermines the rule of law, and sets a dangerous precedent that threatens the principles of fairness and justice upon which our legal system is built. The Court's intervention is essential to restoring confidence in the judiciary and ensuring that the legal process is not further abused.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*<u>/s/ Lucas Jackson</u>*
Lucas Jackson (Pro se)
8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: 12/28/2024

*<u>/s/ James Jackson</u>*
James Jackson (Pro se)
8702 123rd St E
Puyallup, WA 98373
Telephone: (253) 286-8311
Email: complexnucleus@gmail.com
Date: 12/28/2024